1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  D. ROBERT DUNCAN, State Bar No. 161918
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5739
     Fax:  (415) 703-5843
8    Email:  Robert.Duncan@doj.ca.gov

9  Attorneys for Defendants O. Nollette and James E. Tilton

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>Plaintiff,<br><br>v.<br><br>JAMES TILTON, et al.,<br><br>Defendants. | C 07-3575 MJJ (PR)<br><br>**DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

TO PLAINTIFF FRANCOIS P. GIVENS, PRO SE:

PLEASE TAKE NOTICE that Defendants O. Nollette and James E. Tilton request an extension of the Court's November 8, 2007 deadline to file a motion for summary judgment or other dispositive motion, up to and including January 7, 2008.

//
//
//
//

As explained in detail by the supporting declaration of Robert Duncan, this extension will allow counsel additional time to acquire documents and other evidence necessary to support a dispositive motion.

Dated: November 6, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

THOMAS S. PATTERSON
Supervising Deputy Attorney General

*/s/ D. Robert Duncan*

D. ROBERT DUNCAN
Deputy Attorney General
Attorneys for Defendants O. Nollette and James E. Tilton

20112313.wpd
SF2007200722

Defs.' Req. Exten. Time File Disp. Mot.

*F. Givens v. J. Tilton, et al.*
C 07-3575 MJJ (PR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  *Francois Givens v. J. Tilton, et al.*

Case No.:   U. S. D. C., N. D., SAN FRANCISCO DIV., C 07-3575 MJJ (PR)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **November 6, 2007**, I served the attached

### DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Francois P. Givens, T-86266**
**California Rehabilitation Center 405 8-UP**
**P.O. Box 3535**
**Norco, CA  92860**
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **November 6, 2007**, at San Francisco, California.

|                      |                      |
|----------------------|----------------------|
| J. Baker             | [signature]          |
| Declarant            | Signature            |

20112393.wpd