EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
D. ROBERT DUNCAN, State Bar No. 161918
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-5739
  Fax: (415) 703-5843
  Email: Robert.Duncan@doj.ca.gov

Attorneys for Defendants O. Nollette and James E. Tilton

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>                    Plaintiff,<br><br>v.<br><br>JAMES TILTON, et al.,<br><br>                    Defendants. | C 07-3575 MJJ (PR)<br><br>DECLARATION OF R. DUNCAN IN SUPPORT OF DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION |

I, Robert Duncan, declare and state:

    1.   I am employed by the Office of the California Attorney General as a Deputy Attorney General in the Correctional Law Section and I am assigned to represent Defendants O. Nollette and James E. Tilton in this action.

    2.   On August 10, 2007, the Court screened this pro-se prisoner suit under 28 U.S.C. § 1915A and found cognizable Plaintiff's § 1983 claims that Defendants: (1) improperly appropriated money from his prison trust account, (2) retaliated against him for his filing lawsuits and confiscated his legal papers, and (3) subjected him and other African-American inmates to

Decl. R. Duncan Supp. Defs.' Req. Exten.
Time File Disp. Mot.

F. Givens v. J. Tilton, et al.
C 07-3575 MJJ (PR)

1

1  "inhumane" living conditions. This Court then ordered service on Defendants O. Nollette, James E. Tilton, and one other Defendant who remains unserved, and ordered that the Defendants file a motion for summary judgment or other dispositive motion by November 8, 2007.

3. Defendants O. Nollette and James E. Tilton waived service of process and filed a waiver of reply on November 6, 2007.

4. Because I only recently received the requests for representation and have been busy with other matters, I need additional time to acquire the documents and other evidence necessary to support the planned dispositive motion.

5. During the time identified in paragraph 2, I have been engaged in the following matters in addition to other case-related work:

    a. On September 24, 2007, I filed a motion to dismiss;

    b. On September 25, 2007, I filed a reply to an opposition to a motion to dismiss;

    c. On October 15, 2007, I filed an opposition to a motion to compel discovery;

    d. On October 16, 2007, I filed a motion for stay of discovery and opposition to a motion to compel discovery;

    e. On October 22, 2007, I appeared at a case management conference;

    f. On October 25, 2007, I filed a motion to dismiss;

    g. On November 1, 2007, I filed a reply to an opposition to a magistrate judge's findings and recommendations; and

    h. On November 4, 2007, I began participating in a large document review project that required me to work on the document review during evening and weekend hours.

6. I anticipate that an additional extension of sixty days should provide sufficient time to thoroughly review the documents and complete the dispositive motion. This extension will place the deadline on January 7, 2008.

7. I have not attempted to contact Plaintiff Givens for a stipulated request to extend time because he is a pro-se state prisoner who is not easily available by telephone.

8. For these reasons, Defendants request an extension of the deadline, up to and including

Decl. R. Duncan Supp. Defs.' Req. Exten.
Time File Disp. Mot.

F. Givens v. J. Tilton, et al.
C 07-3575 MJJ (PR)

1 | January 7, 2008.

2 | 9. The requested extension of time will have minimal impact on the schedule for the case,
3 | and no other deadlines will be affected.

4 | 10. This request is not made for any purpose of harassment, undue delay, or any improper
5 | reason.

6 | I declare under penalty of perjury that the foregoing is true and correct. Executed at San
7 | Francisco, California, on November 6, 2007.

*[signature]*

D. Robert Duncan
Deputy Attorney General

20112320.wpd

SF2007200722

Decl. R. Duncan Supp. Defs.' Req. Exten.
Time File Disp. Mot.

F. Givens v. J. Tilton, et al.
C 07-3575 MJJ (PR)

3

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Francois Givens v. J. Tilton, et al.*

Case No.:    U. S. D. C., N. D., SAN FRANCISCO DIV., C 07-3575 MJJ (PR)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **November 6, 2007**, I served the attached

> **DECLARATION OF R. DUNCAN IN SUPPORT OF**
> **DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO**
> **FILE A DISPOSITIVE MOTION**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Francois P. Givens, T-86266**
**California Rehabilitation Center 405 8-UP**
**P.O. Box 3535**
**Norco, CA 92860**
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **November 6, 2007**, at San Francisco, California.

|  J. Baker  |  /s/ Baker  |
|------------|-------------|
|  Declarant |  Signature  |

20112393.wpd