1  EDMUND G. BROWN JR.
Attorney General of the State of California
2  DAVID S. CHANEY
Chief Assistant Attorney General
3  FRANCES T. GRUNDER
Senior Assistant Attorney General
4  THOMAS S. PATTERSON
Supervising Deputy Attorney General
5  D. ROBERT DUNCAN, State Bar No. 161918
Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5739
Fax:  (415) 703-5843
8    Email:  Robert.Duncan@doj.ca.gov

9  Attorneys for Defendants O. Nollette and James E.
Tilton

10

11
                    IN THE UNITED STATES DISTRICT COURT
12
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO DIVISION
14

| | |
|---|---|
| 15  **FRANCOIS P. GIVENS,** | C 07-3575 MJJ (PR) |
| 16                              Plaintiff, | **DEFENDANTS O.** |
| | **NOLLETTE AND J. TILTON** |
| 17           v. | **WAIVER OF REPLY AND** |
| | **DEMAND FOR JURY TRIAL** |
| 18  **JAMES TILTON, et al.,** | |
| 19                              Defendants. | |

20

21        On August 10, 2007, this Court ordered the United States Marshals Service to effectuate

22  service on O. Nollette and J. Tilton (Defendants).  This Court also ordered the Defendants to file

23  a motion for summary judgment or other dispositive motion concerning the cognizable claims

24  found by this Court no later than ninety days from the date of this Court's order, making the

25  deadline November 8, 2007.  Defendants plan to file such a motion and are filing a motion to

26  extend the filing deadline.

27        In addition, Defendants waive their right to file an answer in reply to Plaintiff's complaint.

28  The Prison Litigation Reform Act authorizes a defendant to waive the right to reply to any

1    prisoner action, specifies that such a waiver is not an admission of the complaint, and prohibits

2    the court from granting relief unless there is a reply.  42 U.S.C. § 1997e(g).  Section 1997e(g)

3    further authorizes the court to require the defendants to reply "if it finds that the plaintiff has a

4    reasonable opportunity to prevail on the merits." *Id.*

5         Lastly, Defendants demand a trial by jury in this case.

6              Dated:  November 6, 2007

7                              Respectfully submitted,

8              EDMUND G. BROWN JR.
              Attorney General of the State of California

9              DAVID S. CHANEY
              Chief Assistant Attorney General

10

11             FRANCES T. GRUNDER
              Senior Assistant Attorney General

12             THOMAS S. PATTERSON
              Supervising Deputy Attorney General

13

14

15             D. ROBERT DUNCAN
              Deputy Attorney General

16             Attorneys for Defendants O. Nollette and James E. Tilton

17

18
     20112352.wpd
19   SF2007200722

20

21

22

23

24

25

26

27

28

Defs.' Nollette & Tilton Waiver Reply & Demand Jury Trial                    *F. Givens v. J. Tilton, et al.*
                                                                              C 07-3575 MJJ (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    *Francois Givens v. J. Tilton, et al.*

Case No.:    **U. S. D. C., N. D., SAN FRANCISCO DIV., C 07-3575 MJJ (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **November 6, 2007**, I served the attached

**DEFENDANTS O. NOLLETTE AND J. TILTON WAIVER**
**OF REPLY AND DEMAND FOR JURY TRIAL**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Francois P. Givens, T-86266**
**California Rehabilitation Center 405 8-UP**
**P.O. Box 3535**
**Norco, CA 92860**
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **November 6, 2007**, at San Francisco, California.

_____
J. Baker
Declarant

_____
Signature

20112393.wpd