IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FRANCOIS P. GIVENS, | C 07-3575 MJJ (PR) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER EXTENDING THE DISPOSITIVE-MOTION DEADLINE |
| v. | |
| JAMES TILTON, et al., | |
| Defendants. | |

Defendants O. Nollette and James E. Tilton moved this Court for an extension of time to file a summary-judgment or other dispositive motion, up to and including January 7, 2008. After full consideration, and good cause appearing, Defendants' motion for extension of time is granted.

Plaintiff shall file his opposition by February 6, 2008. If Defendants wish to file a reply, they shall do so by February 21, 2008. Absent further order, the motion will be submitted on February 21, 2008 without a hearing.

IT IS SO ORDERED.

Dated: 11/13/07

_____
The Honorable
United States Judge Martin J. Jenkins

20112349.wpd
SF2007200722

[~~Proposed~~] Order Extending Disp. Mot. Deadline

Givens v. J. Tilton, et al.
C 07-3575 MJJ (PR)

1

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Francois Givens v. J. Tilton, et al.*

Case No.:    U. S. D. C., N. D., SAN FRANCISCO DIV., C 07-3575 MJJ (PR)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **November 6, 2007**, I served the attached

**[PROPOSED] ORDER EXTENDING THE DISPOSITIVE-MOTION DEADLINE**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Francois P. Givens, T-86266
California Rehabilitation Center 405 8-UP
P.O. Box 3535
Norco, CA 92860**
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **November 6, 2007**, at San Francisco, California.

|  |  |
|---|---|
| J. Baker | /s/ Baker |
| Declarant | Signature |

20112393.wpd