# EXHIBIT A

Inmate Appeals Branch                                                                                          12/05/2007

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
### Inmate / Parolee Appeals Tracking System - Level III

**Appellant Appeal History**
**CDCR Number:** T86266

Sorted By: CDCR Number

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| T86266 | GIVENS, FRANCOIS | CRC | 09/10/2007 | | |

### Accepted Appeals

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 0400788 | STAFF COMPLAINTS | Prior to subcategory | 07/21/2004 | SATF-04-00989 | 10/15/2004 | 10/14/2004 | DENIED |
| 0401108 | MAIL | Prior to subcategory | 07/27/2004 | SATF-04-01355 | 10/21/2004 | 09/21/2004 | GRANTED IN PART |
| 0403223 | PROGRAM | Prior to subcategory | 09/17/2004 | SATF-04-00904 | 12/16/2004 | 12/14/2004 | DENIED |
| 0403451 | CASE INFO/RECORDS | Prior to subcategory | 09/24/2004 | SATF-04-02155 | 12/23/2004 | 12/21/2004 | DENIED |
| 0407630 | STAFF COMPLAINTS | Prior to subcategory | 01/27/2005 | SATF-04-04407 | 04/25/2005 | 04/19/2005 | DENIED |
| 0409947 | ADA | Prior to subcategory | 04/06/2005 | SATF-04-05085 | 05/04/2005 | 05/02/2005 | DENIED |
| 0500353 | MAIL | Prior to subcategory | 07/08/2005 | SATF-05-01582 | 10/03/2005 | 09/30/2005 | DENIED |
| 0502636 | STAFF COMPLAINTS | Prior to subcategory | 09/06/2005 | SATF-05-02214 | 12/05/2005 | 11/30/2005 | DENIED |
| 0504362 | ADA | Prior to subcategory | 10/20/2005 | SATF-05-02351 | 11/18/2005 | 11/18/2005 | DENIED |
| 0504993 | PROGRAM | Prior to subcategory | 11/03/2005 | SATF-05-02938 | 02/03/2006 | 02/06/2006 | DENIED |
| 0507717 | PROGRAM | Prior to subcategory | 01/17/2006 | SATF-05-03828 | 04/14/2006 | 02/27/2006 | DENIED |
| 0508802 | LEGAL | Prior to subcategory | 02/09/2006 | SATF-05-04365 | 05/09/2006 | 05/03/2006 | DENIED |
| 0512874 | ADA | Prior to subcategory | 05/15/2006 | SATF-05-04450 | 06/13/2006 | 06/12/2006 | DENIED |
| 0513075 | MAIL | Prior to subcategory | 05/10/2006 | SATF-06-00675 | 08/04/2006 | 07/27/2006 | DENIED |
| 0604087 | LEGAL | Prior to subcategory | 10/03/2006 | SATF-06-01265 | 01/02/2007 | 12/26/2006 | DENIED |
| 0604229 | STAFF COMPLAINTS | Prior to subcategory | 10/06/2006 | SATF-06-01558 | 01/05/2007 | 12/18/2006 | DENIED |
| 0607287 | ADA | Prior to subcategory | 12/21/2006 | SATF-06-03872 | 01/23/2007 | 01/23/2007 | DENIED |
| 0709747 | MAIL | | 10/01/2007 | SATF-07-03077 | 12/28/2007 | | PENDING |

### Screen Outs

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|

Page: 1

Inmate Appeals Branch

12/05/2007

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
### Inmate / Parolee Appeals Tracking System - Level III

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | | | Special Needs | |
|---|---|---|---|---|---|---|---|---|
| T86266 | GIVENS, FRANCOIS | CRC | 09/10/2007 | | | | | |
| 0403223 | PROGRAM | | Prior to subcategory | 10/21/2004 | SATF-04-00904 | 10/21/2004 | | APPEAL HAS BEEN FULLY ADJUDICATED |
| 0407630 | STAFF COMPLAINTS | | Prior to subcategory | 12/17/2004 | SATF-04-04407 | 12/17/2004 | | APPEAL RECEIVED AND IN PROCESS IN IAB |
| 0409947 | ADA | | Prior to subcategory | 09/26/2005 | SATF-04-05085 | 09/26/2005 | | APPEAL HAS BEEN FULLY ADJUDICATED |
| 0701770 | STAFF COMPLAINTS | | | 07/16/2007 | SATF-07-01883 | 08/15/2007 | | APPEAL REJECTED/WITHDRAWN/CAN |
| 0707498 | LEGAL | | | 09/07/2007 | SATF-07-01981 | 10/16/2007 | | MISSING DOCUMENTATION |
| 5006191 | OTHER | | Prior to subcategory | 05/05/2005 | | 05/05/2005 | | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5014000 | OTHER | | Prior to subcategory | 10/25/2005 | | 10/25/2005 | | BEST ADDRESSED BY FILING CDC FORM 602 |
| 5015671 | OTHER | | Prior to subcategory | 12/02/2005 | | 12/02/2005 | | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5022174 | PROPERTY | | Prior to subcategory | 05/09/2006 | SATF-06-00506 | 05/09/2006 | | MISSING DOCUMENTATION |
| 5030746 | OTHER | | Prior to subcategory | 11/30/2006 | | 11/30/2006 | | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5034496 | OTHER | | Prior to subcategory | 01/17/2007 | | 01/17/2007 | | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5034772 | LIVING CONDITIONS | | Prior to subcategory | 03/01/2007 | | 03/01/2007 | | MUST BE COMPLETED THROUGH 2ND LEVEL ONLY ORIGINAL APPEAL ACCEPTED AT DL REVIEW |
| 5078324 | OTHER | | Prior to subcategory | 07/03/2003 | | 07/03/2003 | | BEST ADDRESSED BY FILING CDC FORM 602 |
| 5078370 | OTHER | | Prior to subcategory | 07/07/2003 | | 07/07/2003 | | |
| 5078508 | OTHER | | Prior to subcategory | 07/07/2003 | | 07/07/2003 | | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5078883 | OTHER | | Prior to subcategory | 07/16/2003 | | 07/16/2003 | | BEST ADDRESSED BY FILING CDC FORM 602 |

Page: 2

Inmate Appeals Branch

12/05/2007

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

Inmate / Parolee Appeals Tracking System - Level III

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| T86266 | GIVENS, FRANCOIS | CRC | 09/10/2007 | | |
| 5080477 | OTHER | Prior to subcategory | 08/15/2003 | | 08/15/2003 BEST ADDRESSED BY FILING CDC FORM 602 |
| 5081283 | MEDICAL | Prior to subcategory | 09/15/2003 | CSQ-4-03-01861 09/15/2003 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5082825 | CASE INFO/RECORDS | Prior to subcategory | 09/30/2003 | | 09/30/2003 MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5083201 | ADA | Prior to subcategory | 10/21/2003 | SQ-03-1861 | 10/21/2003 ONLY ORIGINAL APPEAL ACCEPTED AT DL REVIEW |
| 5088454 | OTHER | Prior to subcategory | 01/23/2004 | | 01/23/2004 MUST BE COMPLETED THROUGH 2ND LEVEL ONLY ORIGINAL APPEAL ACCEPTED AT DL REVIEW |
| 5094434 | OTHER | Prior to subcategory | 06/02/2004 | | 06/02/2004 BEST ADDRESSED BY FILING CDC FORM 602 ONLY ORIGINAL APPEAL ACCEPTED AT DL REVIEW |
| 5096730 | OTHER | Prior to subcategory | 07/22/2004 | | 07/22/2004 ONLY ORIGINAL APPEAL ACCEPTED AT DL REVIEW |
| 5096944 | PROGRAM | Prior to subcategory | 07/19/2004 | SATF-B-04-00904 07/19/2004 | |
| 5099114 | OTHER | Prior to subcategory | 08/23/2004 | | 08/23/2004 MUST BE COMPLETED THROUGH 2ND LEVEL ONLY ORIGINAL APPEAL ACCEPTED AT DL REVIEW |
| 5099967 | MEDICAL | Prior to subcategory | 09/24/2004 | SATF-B-04-01703 09/24/2004 | MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS |

Page: 3