# EXHIBIT A

San Quentin State Prison

09/28/2007

CALIFORNIA DEPARTMENT OF CORRECTIONS
Inmate / Parolee Appeals Tracking System - Level I & II

Statistic Sheet

Log Number: CSQ-1-03-01948       Area Of Origin: MAIL ROOM       Last Name: GIVENS       First Name:       CDC Number: T86266

Housing At Time Of Appeal:
Current Housing:                                        Group Appeal:
                                                Issue: MAIL       Issue Subcategory:

Inmate Information

                                        Appeal Flag:       Appeal Flag Until:

Appeal Abuse:       Appeal Abuse Until:
Special Needs:
Other Log Numbers:

Appeal History

| Log Number | Issue | L1 Received | L1 Due | L1 Completed | L1 Disposition | L2 Received | L2 Due | L2 Completed | L2 Disposition |
|---|---|---|---|---|---|---|---|---|---|
| CSQ-4-03-01861 | ADA | 06/06/2003 | 06/27/2003 | 06/25/2003 | GRANTED IN PART | 06/06/2003 | 08/05/2003 | 07/31/2003 | DENIED |

Screen Outs

| Level | Received | Screened Out | Reason | Note |
|---|---|---|---|---|

Page:       1

San Quentin State Prison

09/28/2007

CALIFORNIA DEPARTMENT OF CORRECTIONS
Inmate / Parolee Appeals Tracking System - Level I & II

Statistic Sheet

### Informal Level

| | -- Assignments -- | |
|---|---|---|
| Assigned | Assigned To | Replied |

Received:        Due:        Completed:        Disposition:

### Level I

| | -- Assignments -- | |
|---|---|---|
| Assigned | Assigned To | Replied |
| 06/17/2003 | | 07/30/2003 |

Received: 06/17/2003    Due: 07/30/2003    Completed: 07/30/2003    Disposition: GRANTED IN PART

### Level II

| | -- Assignments -- | |
|---|---|---|
| Assigned | Assigned To | Replied |

Received:        Due:        Completed:        Disposition:

### Level III

Received:        Completed:        Disposition:

San Quentin State Prison

09/28/2007

CALIFORNIA DEPARTMENT OF CORRECTIONS
Inmate / Parolee Appeals Tracking System - Level I & II

Statistic Sheet

Investigation Type:

| Level | Modification Order Type | Last Name | First Name | Staff Involved | | |
|---|---|---|---|---|---|---|
| | | | | Job Classification | | Resolution |

Modification Orders

| | Assigned To | Sent | Due | Completed | Grant Reason |
|---|---|---|---|---|---|

Administrative / Serious:          115 Log Number:

115 Information
Hearing Officer:                    Discovery:

Reimbursement

Cash Award:          Amount Awarded:          Reimbursement With Like Item(s):

Factor:                                              Inmate Signed Waiver:

Comment:

Comment

I/M AT NORTH KERN