EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
D. ROBERT DUNCAN, State Bar No. 161918
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5739
  Fax:  (415) 703-5843
  Email:  Robert.Duncan@doj.ca.gov

Attorneys for Defendants O. Nollette and James E. Tilton

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>                    Plaintiff,<br><br>     v.<br><br>JAMES TILTON, et al.,<br><br>                    Defendants. | C 07-3575 MJJ (PR)<br><br>DECLARATION OF D. ROBERT DUNCAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b) |

I, D. Robert Duncan, declare:

1.   I am a Deputy Attorney General in the California Attorney General's Office, counsel of record for Defendants O. Nollette and James E. Tilton (Defendants) in this matter.  I am competent to testify to the matters set forth in this Declaration, and if called upon to do so, would so testify.  I submit this declaration in support of Defendants' Motion to Dismiss.

2.   Attached as Exhibit A is a true and correct copy of California Rehabilitation Center (CRC) Litigation Coordinator Lonie Hansen's Declaration of Custodian of Records, dated January 4, 2008.  This Declaration applies to the documents attached as Exhibits B through E.

Decl. Duncan Supp. Defs.' Mot. Dismiss

F. Givens v. J. Tilton, et al.
C 07-3575 MJJ (PR)

1

1      3.    Attached as Exhibit B is a true and correct copy of Givens's Movement History printout.

3.    4.    Attached as Exhibit C is a true and correct copy of the Administrative Segregation Unit Placement Notice (CDC 114-D) dated July 11, 2006.

5.    Attached as Exhibit D is true and correct copy of a committee summary concerning the institution classification committee hearing held on July 19, 2006.

6.    Attached as Exhibit E is a true and correct copy of CDC 128G concerning the unit classification committee hearing on August 8, 2006.

Executed this 7th day of January 2008, at San Francisco, California.

_____
D. Robert Duncan
Deputy Attorney General

40203848.wpd

SF2007200722

Decl. Duncan Supp. Defs.' Mot. Dismiss            *F. Givens v. J. Tilton, et al.*
C 07-3575 MJJ (PR)

2