# EXHIBIT A

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                              ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
California Rehabilitation Center
PO Box 1841
Norco, CA 92860



## DECLARATION OF CUSTODIAN OF RECORDS

I, Lonie Hansen, Correctional Counselor II, declare as follows:

I am a Litigation Coordinator employed by the California Department of Corrections and Rehabilitation at the California Rehabilitation Center in Norco, California. In this capacity, I am the duly authorized custodian of records maintained on inmates committed to the custody of the California Department of Corrections and Rehabilitation and housed at this institution.

A Central File is maintained on each inmate housed in the California Department of Corrections and Rehabilitation. The file is maintained by the Records Office at each institution housing the inmate and is transferred with the inmate to any other institution. The documents and entries in the documents pertaining to an inmate are prepared at or near the time of their occurrence by persons with knowledge of the circumstances or events. The documents attached hereto are true and correct copies of documents from the file of Inmate Poitier T-86266Givens maintained in the regular course of business by the California Department of Corrections and Rehabilitation at this institution.

I declare under penalty of perjury that I am competent to testify as a witness and that the foregoing is true and correct, based on my personal knowledge. Except for those statements based on information and belief and as to those statements I believe them to be true, and that if called as a witness, I would so testify.

Executed on January 4, 2008, 2008, at Norco, California.

_____
Litigation Coordinator

# EXHIBIT B

| Date | Action | Destination | Origin | Notes |
|---|---|---|---|---|
| 09/10/2007 | TRANSFERRED | TO CRC | FROM SATF | |
| 06/11/2007 | TEMP RELEASE | TO MED | FROM SATF | CUSTODY: CDC/BAKER RET SAME DAY MERCY HOSPITAL/BAKERSFIELD |
| 07/26/2006 | TRANSFERRED | TO SATF  II | FROM SQ-RC | |
| 07/11/2006 | RETURNED | TO SQ-RC | ENR TO SATF | RET FROM OTC  REL FROM SATF  W/ADD'L CS#184987 |
| 05/25/2006 | TEMP RELEASE | TO OTC | FROM SATF | CUSTODY: SO/SF  DEF: CASE# 184987/PU BY TRANSCOR AMERICA |
| 05/08/2006 | TEMP RELEASE | TO MED | FROM SATF | CUSTODY: CDC/BAKER RET SAME DAY MERCY HOSPITAL/BAKERSFIELD |

```
ENTER-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
                                                      NEXT              SELEC QUIT
KMHQ1P01: THE MOST RECENT MOVEMENT IS LISTED FIRST.
```

```
12/29/2005   CHANGED UNIT    NEW UNIT: II        OLD UNIT: ADSEG

12/07/2005   CHANGED UNIT    NEW UNIT: ADSEG     OLD UNIT: SAP

12/07/2005   CHANGED UNIT    NEW UNIT: SAP       OLD UNIT: ADSEG

11/19/2005   CHANGED UNIT    NEW UNIT: ADSEG     OLD UNIT: II

07/25/2005   TEMP RELEASE    TO MED   FROM SATF    CUSTODY: CDC/BAK    RET SAME DAY
                             MERCY HOSPITAL/BAKERSFIELD

07/11/2005   TEMP RELEASE    TO MED   FROM SATF    CUSTODY: CDC/BAK    RET SAME DAY
                             MERCY HOSPITAL/BAKERSFIELD

03/28/2005   TEMP RELEASE    TO MED   FROM SATF    CUSTODY: CDC/BAK    RET SAME DAY
                             MERCY HOSPITAL/BAKERSFIELD

ENTER-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
                                             PREV  NEXT              SELEC QUIT
```

| Date | Action | To | From | Notes |
|---|---|---|---|---|
| 04/27/2004 | TEMP RELEASE | TO MED FROM SATF CORCORAN DISTRICT HOSPITAL/BAKERSFIELD | | CUSTODY: CDC/COR    RET SAME DAY |
| 07/21/2003 | TRANSFERRED | TO SATF II | FROM NKPRC | |
| 05/30/2003 | TRANSFERRED | TO NKPRC | FROM SQ-RC | |
| 04/01/2003 | ADMITTED | TO SQ-RC CASE#184987 | FROM SC/SF | AS A DSL |

```
ENTER-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
                                          PREV  PAGE1             SELEC QUIT
KMHQ1P01: THIS IS THE LAST PAGE.
```

**EXHIBIT C**

ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 10/98)

| DISTRIBUTION: | | | |
|---|---|---|---|
| WHITE | CENTRAL FILE | CANARY | WARDEN |
| BLUE | INMATE (2ND COPY) | PINK | HEALTH CARE MGR |
| GREEN | ASU | GOLDENROD | INMATE (1ST COPY) |

| INMATE'S NAME | CDC NUMBER |
|---|---|
| GIVENS, FRANCOIS | T-86266 |

## REASON(S) FOR PLACEMENT (PART A)

☒ PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS
☐ JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
☒ ENDANGERS INSTITUTION SECURITY    ☒ UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:

On Tuesday, July 11, 2006, you arrived from San Francisco County Jail as an OTC/RTN ENR to SATF. During your initial interview with R & R staff you claimed that you had enemy concerns due to being an enemy to both the Crips and the Bloods from Southern California. You claim that you were told to move off the B-yard at SATF and that your life and your families lives were threatened by Bloods and Crips but you state that you are not gang affiliated. You further stated that you cannot release any further information due to your case against the former Warden of SATF in a federal litigation. Because of this criteria you are being placed on Administrative Segregation status and you will remain on Administrative Segregation status pending review by Institutional Classification Committee (I.C.C.), which will determine your appropriate program and housing needs. As a result of this placement your credit earning, custody level, privilege group, and visiting status are subject to change. Correctional Lieutenant N. Taylor is ordering this Administrative Segregation Placement. It is noted that you are not a participant in the Mental Health Service Delivery System at this time.

☐ CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)    ☐ IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: / /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 7/11/2006 | N. TAYLOR | | LIEUTENANT |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| 7/11/2006 | 1520 | T STOLTENBERG  Nollette | | SERGEANT |

☒ INMATE REFUSED TO SIGN    CDC NUMBER

## ADMINISTRATIVE REVIEW (PART B)
*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement.*

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT NAME | TITLE | INVESTIGATIVE EMPLOYEES NAME | TITLE |
| N/A | | N/A | |

**IS THIS INMATE:**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| LITERATE? | ☒ | ☐ | EVIDENCE COLLECTION BY IE UNNECESSARY | ☒ | ☐ |
| FLUENT IN ENGLISH? | ☒ | ☐ | DECLINED ANY INVESTIGATIVE EMPLOYEE | ☒ | ☐ |
| ABLE TO COMPREHEND ISSUES? | ☒ | ☐ | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | ☐ | ☒ |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | ☒ | ☐ | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | ☐ | ☐ |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | ☐ | ☐ | | | |

Any "NO" requires SA assignment    Any "NO" may require IE assignment
☒ NOT ASSIGNED                      ☒ NOT ASSIGNED

## INMATE WAIVERS

☐ INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER   ☒ INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME
☒ NO WITNESSES REQUESTED BY INMATE

INMATE SIGNATURE: *unable to sign*    DATE: 7/12/06

## WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| N/A | | N/A | |
| N/A | | N/A | |

**DECISION:** ☐ RELEASE TO UNIT/FACILITY ___  ☒ RETAIN PENDING ICC REVIEW  ☐ DOUBLE CELL  ☐ SINGLE CELL PENDING ICC

REASON FOR DECISION:
Retain in ASU pd review by ICC/TX SATF. I/M claims all crt proceeding in SF have been concluded.

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| P. HENRY | Capt | 7/12/06 | 0900 | P. Henry |

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE | DATE OF REVIEW |
|---|---|---|
| | | |

See Chronological Classification Review document (CDC 128-G) for specific hearing information

# EXHIBIT D

| | | | | |
|---|---|---|---|---|
| Number: | T86266 | Name: | | GIVENS |
| Release Date: | TBD | Assignment: | ASU | WG/PG: D1D |
| ES: | TBD | Yard: | WA #3 | Custody: MAX |
| Next Classification: | 10/18/06 | | | |

COMMITTEE SUMMARY: RETAIN ASU PENDING RETURN TO SATF      CSR RX    **90 DAY ASU EXTENSION**

**COMMITTEE COMMENTS:**
Subject appeared before Unit IV ICC on this date for an Initial review. Subject was retained in ASU based on a CDC 114-D dated 7/11/06, which states in part, you arrived from San Francisco County Jail as an OTR/RTN enroot to SATF. During your initial interview with R & R staff you claimed that you had enemy concerns due to being an enemy to both the Crips and the Bloods form Southern California. You claim that you were told to move off the B-yard at SAFT and that both the Bloods and the Crips threatened your life and your families' life, but you stated that you are not gang affiliated.

Dr. G. Waniewski, Staff Psychologist, states that Subject is not a participant in the Mental Health Services Delivery System and there are no mental health concerns impacting his placement. ICC has determined that a staff assigned is not required. Pursuant to due process a staff assistant was not assigned, an investigative employee was not assigned, no witnesses were requested and 72-hour time limitation has been met. Subject states he understands why he was placed in ASU and is capable of understanding today's proceeding. CC-I R Hammond presented this case to ICC.

D1D time is effective from 7/11/06, however the receiving institution should review subject's WG/PG and determine his appropriate credit earning status.

In review of this case, ICC notes that subject's central file was not available for review. Per Departmental procedure, subject's central file will needed to be received and review prior to determining his housing needs.

**COMMITTEE ACTION:**
ICC acts to retain subject in ASU at MAX custody based on enroute to SATF. Refer this case to the CSR recommending a 90-day ASU extension to receive/review the central file. ICC bases its decision on its concerns for the safety of the inmate, others and the security of the institution. ICC has determined that subject will be assigned on the Walk Alone #3 exercise yard based on safety concerns. Subject was reviewed for single cell status per SQ IP #155 and does not meet the criteria for an "S" suffix and may be double-celled, noting that all ASU cells at SQ are single cell. Subject was informed of ICC's decision and his right to appeal. This unit's "No Warning Policy" has been explained to which he indicated he understood committee actions and he had no questions.

COMMITTEE MEMBERS:    S. Petrakis, CDW (A)
J. Francis, FC
M. Collins, CC-II
Dr. G. Waniewski, Ph.D.

M. Collins, CC-II, Recorder
S. Petrakis, CDW (A), Chairperson

Date: 7/19/06        Classification: ICC-CSR        Institution: SQ

Case 3:07-cv-03575-MHP   Document 32-2   Filed 01/07/2008   Page 11 of 12

# EXHIBIT E

| STATE OF CALIFORNIA | | | DEPARTMENT OF CORRECTIONS |
|---|---|---|---|
| | | | CDC 128G (REV. 7/92) |

| NO: T86266 | NAME: GIVENS | | HOUSING: A3 121L |
| CUSTODY: MED A | PS/LEVEL: 19 | RC: 04/07 | ACTION:(ABSENTIA) PROGRAM |
| EPRD: 08/04/08 | WGPG: A1A EFF 07/31/03 | | REVIEW. REL TO FAC A SNY. |
| ASSIGN: U/A | ETHNIC: BLA | GPL: HSD | ESTABLISH MED A CUSTODY, |
| | DOB: 01/17/64 AGE: 42 | | WG/PG A1A EFF 07/31/03. P/O |
| | | | SS/ VOC ELEC W/L. CPP. |

I/M GIVENS CDC # T86266 waived his UCC appearance per CDC 128B1 dated 08/07/06 therefore, his case factors were reviewed in absentia by Facility A UCC this date for the purpose of PROGRAM REVIEW. "S" WAS Received from S.F. Co as an OTC/RTN. 'S's' CDC 840, 127, 812 and confidential file were reviewed and updated. UCC notes CDC 128G dated 07/29/03 has been reviewed and all case factors remain the same, with the following EXCEPTION. "S" was re-sentenced on 06/16/06 controlling case is now **CORP INJ to SPOUSE W/ WPN W/ GBI DOMESTIC VIO**, with no change in total term. 'S' CS is 19 pts due to VIO. Case was reviewed for predatory behavior that may limit housing options. 'S' has no documented predatory behavior while in prison that restricts housing. 'S' may be housed in a DDP designated housing unit.

'S' was endorsed for SATF II SNY on 12/23/05. 'S' transferred on 12/29/05 from SATF ASU to SATF II FAC A.

Committee notes:

- 'S' is not a participant in the MHSDS system Level of Care CCCMS per 128C dated 06/20/03.
- 'S' is endorsed SATF II 'Sensitive Needs', per 128G dated 12/23/05.
- 'S' CS remains at 19 pts due to vio, his CS is consistent with his endorsement, and he is correctly housed.
- TB code 32 per CDC 128C dated 05/03/06.

Based on the foregoing committee elects to: **REL TO FAC A SNY. ESTABLISH MED A CUSTODY, WG/PG A1A EFF 07/31/03. P/O SS/ VOC ELEC W/L. CPP.**

Inmate Givens will be informed of committee's decision via a copy of this CDC128G and 'S' has the right to appeal.

ADDITIONAL COMMITTEE MEMBERS: T. COLE, EDUCATION DEPT.

| B. LEE | R. COLLINS | K. CLAY |
|---|---|---|
| FACILITY CAPTAIN (A) | CC II (A) | CC I (A) |
| CHAIRPERSON | MEMBER | RECORDER |

DATE: 08/08/06   UCC/FACILITY A   CLASSIFICATION   INST: CSATF-SP