EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
D. ROBERT DUNCAN, State Bar No. 161918
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5739
 Fax: (415) 703-5843
 Email: Robert.Duncan@doj.ca.gov

Attorneys for Defendants Tilton and Nollette

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>                               Plaintiff,<br><br>    v.<br><br>JAMES TILTON, et al.,<br><br>                               Defendants. | C 07-3575 MJJ (PR)<br><br>**DECLARATION OF R. GOMEZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)** |

I, R. Gomez, declare as follows:

1.  I am employed by the California Department of Corrections and Rehabilitation as an Appeals Coordinator at the California Substance Abuse Treatment Facility (SATF). As the Appeals Coordinator, my responsibilities include receiving, screening, logging, routing, and assigning inmate appeals (Form CDC 602, Inmate/Parolee Appeal Form), and monitoring the computer database in the inmate appeals office. My duties also include monitoring the disposition of these inmate appeals. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' Motion to Dismiss.

Decl. R. Gomez Supp. Defs. Mot. Dismiss Under Rule 12(b)     F. Givens v. J. Tilton, et al.
                                                              C 07-3575 MJJ (PR)

1

2. In my capacity as appeals coordinator, I am the duly authorized custodian of appeals submitted by inmates committed to the custody of the California Department of Corrections and Rehabilitation and housed at this institution. Appeals documents are maintained on each inmate housed in the California Department of Corrections and Rehabilitation. The documents and entries in documents are prepared at or near the time of their occurrence by persons with knowledge of the circumstances and events. The documents attached hereto are true and correct copies of documents from the file of inmate Francois Givens, CDCR T-86266, maintained in the regular course of business by SATF.

3. In the inmate appeals process, there are four levels of review: (1) informal resolution, (2) first formal level of review, (3) second formal level review by the institutional head or designee, and (4) third formal level review by a designated representative of the director under supervision of the Chief of Inmate Appeals. Instructions on how to properly exhaust an inmate appeal are displayed on the Inmate/Parolee Appeal Form.

4. All of the formal inmate appeals filed by inmates at SATF are tracked in a computerized system. This system contains the following information: the name and number of the inmate filing the inmate appeal, the log number of the inmate appeal, date received, the inmate appeal issue, level of review, date completed at each level of review, and decision reached. The recording is made at or near the time the inmate appeal is received by me or another employee of the inmate appeals office with personal knowledge of the inmate appeals process. The database is kept in the course of regularly conducted business activity, and every effort is made to maintain the accuracy and integrity of each record.

5. At the request of the Attorney General's Office, a search of the institutional inmate appeals database was conducted for inmate appeals filed by inmate Francois Givens, CDCR T-86266.

6. Attached as Exhibit A is a true and correct copy of the computer printout from the SATF inmate appeals office showing Givens's inmate appeals history. Each formal inmate appeal is assigned an institutional log number by the inmate appeals office when the inmate appeal is assigned to the first or second levels of review and is tracked by the status reports in

Decl. R. Gomez Supp. Defs. Mot. Dismiss Under Rule 12(b)　　　　　　　　　　　　　　　　F. Givens v. J. Tilton, et al.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　C 07-3575 MJJ (PR)

Exhibit A. If an inmate appeal does not proceed past the informal level of review, it is not assigned an institutional log number.

7. As Exhibit A demonstrates, on and after July 11, 2006, only four of inmate Givens's administrative appeals were exhausted at the director's level of review.

8. Attached as Exhibit B is a true and correct copy of Givens's inmate appeal number SATF-06-00675 and related documents. As Exhibit B demonstrates, exhausted appeal, SATF-06-00675, concerned a challenge to SATF policy that prohibited inmates from receiving the *California Prison Focus* newsletter.

9. Attached as Exhibit C is a true and correct copy of Givens's inmate appeal number SATF-06-01265 and related documents. As Exhibit C demonstrates, exhausted appeal, SATF-06-01265, concerned law library access at SATF.

10. Attached as Exhibit D is a true and correct copy of Givens's inmate appeal number SATF-06-01558 and related documents. As Exhibit D demonstrates, exhausted appeal, SATF-06-01558, concerned a search of Givens's cell at SATF on April 17, 2006.

11. Attached as Exhibit E is a true and correct copy of Givens's inmate appeal number SATF-06-03872 and related documents. As Exhibit E demonstrates, exhausted appeal, SATF-06-03872, concerned the alleged failure of CDCR to provide adequate medical treatment for Givens's vision and mobility impairments, which are qualifying conditions under the Americans with Disabilities Act (ADA).

12. Attached as Exhibit F is a true and correct copy of Givens's inmate appeal number SATF-07-01883 and related documents. As Exhibit F demonstrates, SATF-07-01883, concerned the alleged introduction of false or misleading information into Givens's central file by a staff member at SATF.

13. Attached as Exhibit G is a true and correct copy of Givens's inmate appeal number SATF-07-01981 and related documents. As Exhibit G demonstrates, SATF-07-01981, concerned the alleged interference in the copying of legal documents by a staff member at SATF.

Decl. R. Gomez Supp. Defs. Mot. Dismiss Under Rule 12(b)     *F. Givens v. J. Tilton, et al.*
C 07-3575 MJJ (PR)

3

14. Attached as Exhibit H is a true and correct copy of Givens's inmate appeal number SATF-07-03077 and related documents. As Exhibit H demonstrates, SATF-07-03077, concerned alleged interference with legal mail that Givens's mailed on April 11, 2007 at SATF.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Corcoran, California, on January 3, 2008.

R. Gomez
Appeals Coordinator

40191443.wpd
SF2007200722

Decl. R. Gomez Supp. Defs. Mot. Dismiss Under Rule 12(b)

F. Givens v. J. Tilton, et al.
C 07-3575 MJJ (PR)

4