# EXHIBIT A

CSATF/SP                                                                                             12/10/2007

## CALIFORNIA DEPARTMENT OF CORRECTIONS
### Inmate/Parolee Appeals Tracking System - Level I & II
### Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| T86266 | GIVENS, F | SATF-FAC-B | ADA | SATF-B-03-03669 | |
| Level I Review: | Received: 09/02/2003 | Due: 09/23/2003 | Completed: 09/26/2003 | Disposition: GRANTED | |
| T86266 | GIVENS, F | SATF-FAC-B | CUSTODY/CLASS. | SATF-B- | |
| T86266 | GIVENS, F | SATF-FAC-B | PROGRAM | SATF-B-04-00904 | |
| Informal Review: | Received: 02/24/2004 | Due: 03/08/2004 | Completed: 02/26/2004 | Disposition: DENIED | |
| Level I Review: | Received: 03/09/2004 | Due: 04/20/2004 | Completed: 04/30/2004 | Disposition: DENIED | |
| Level II Review: | Received: 05/20/2004 | Due: 06/18/2004 | Completed: 06/23/2004 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 12/28/2004 | Disposition: DENIED | |
| T86266 | GIVENS, F | SATF-FAC-B | STAFF COMPLAINTS | SATF-B-04-00989 | |
| Level I Review: | Received: 03/15/2004 | Due: 04/26/2004 | Completed: 04/23/2004 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 05/24/2004 | Due: 06/22/2004 | Completed: 06/25/2004 | Disposition: DENIED | |
| Level III Review: | | | Completed: 11/10/2004 | Disposition: DENIED | |
| T86266 | GIVENS, F | SATF-FAC-B | MAIL | SATF-B-04-01355 | |
| Level I Review: | Received: 04/06/2004 | Due: 05/17/2004 | Completed: 04/30/2004 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 05/25/2004 | Due: 06/23/2004 | Completed: 07/09/2004 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 10/07/2004 | Disposition: GRANTED IN PART | |
| T86266 | GIVENS, F | SATF-FAC-B | MEDICAL | SATF-B-04-01703 | |
| Level I Review: | Received: 04/26/2004 | Due: 06/07/2004 | Completed: 06/18/2004 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 07/20/2004 | Due: 08/17/2004 | Completed: 08/23/2004 | Disposition: GRANTED IN PART | |
| T86266 | GIVENS, F | SATF-FAC-B | ADA | SATF-B-04-01736 | |
| Level I Review: | Received: 07/21/2004 | Due: 08/18/2004 | Completed: 08/27/2004 | Disposition: CANCELLED | |
| T86266 | GIVENS, F | SATF-FAC-B | CASE INFO./RECORDS | SATF-B-04-02155 | |
| Level I Review: | Received: 05/25/2004 | Due: 07/08/2004 | Completed: 07/20/2004 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 08/06/2004 | Due: 09/03/2004 | Completed: 08/26/2004 | Disposition: DENIED | |

CSATF/SP                                                                                                                 12/10/2007

# CALIFORNIA DEPARTMENT OF CORRECTIONS
## Inmate/Parolee Appeals Tracking System - Level I & II
### Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| T86266 | GIVENS, F | | | | |
| Level III Review: | | | Completed: 01/25/2005 | Disposition: DENIED | |
| | | | STAFF COMPLAINTS | SATF-B-04-04407 | |
| T86266 | GIVENS, F | SATF-FAC-B | | | |
| Level I Review: | Received: 10/21/2004 | Due: 12/07/2004 | Completed: 11/24/2004 | Disposition: DENIED | |
| Level II Review: | Received: 12/13/2004 | Due: 01/10/2005 | Completed: 01/11/2005 | Disposition: DENIED | |
| Level III Review: | | | Completed: 05/12/2005 | Disposition: DENIED | |
| | | | ADA | SATF-B-04-05085 | |
| T86266 | GIVENS, F | SATF-FAC-B | | | |
| Level I Review: | Received: 12/03/2004 | Due: 12/24/2004 | Completed: 01/21/2005 | Disposition: DENIED | |
| Level II Review: | Received: 02/07/2005 | Due: 02/22/2005 | Completed: 03/25/2005 | Disposition: DENIED | |
| Level III Review: | | | Completed: 05/17/2005 | Disposition: DENIED | |
| | | | FUNDS | SATF-B-04-05183 | |
| T86266 | GIVENS, F | SATF-FAC-B | | | |
| Informal Review: | Received: 12/02/2004 | Due: 12/16/2004 | Completed: 12/02/2004 | Disposition: DENIED | |
| Level I Review: | Received: 12/10/2004 | Due: 01/24/2005 | Completed: 12/31/2004 | Disposition: GRANTED | |
| | | | ADA | SATF-B-04-05299 | |
| T86266 | GIVENS, F | SATF-FAC-B | | | |
| Level I Review: | Received: 12/22/2004 | Due: 01/12/2005 | Completed: 12/28/2004 | Disposition: CANCELLED | |
| | | | MAIL | SATF-B-05-01582 | |
| T86266 | GIVENS, F | SATF-FAC-B | | | |
| Informal Review: | Received: 04/27/2005 | Due: 05/11/2005 | Completed: 04/27/2005 | Disposition: DENIED | |
| Level I Review: | Received: 05/04/2005 | Due: 06/16/2005 | Completed: 05/19/2005 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 05/31/2005 | Due: 06/28/2005 | Completed: 06/29/2005 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 10/18/2005 | Disposition: DENIED | |
| | | | MAIL | SATF-B-05-01809 | |
| T86266 | GIVENS, F | SATF-FAC-B | | | |
| Level I Review: | Received: 05/18/2005 | Due: 06/30/2005 | Completed: 05/26/2005 | Disposition: GRANTED | |
| | | | STAFF COMPLAINTS | SATF-B-05-02214 | |
| T86266 | GIVENS, F | SATF-FAC-B | | | |
| Level I Review: | Received: 06/20/2005 | Due: 08/02/2005 | Completed: 07/13/2005 | Disposition: DENIED | |
| Level II Review: | Received: 07/21/2005 | Due: 08/18/2005 | Completed: 08/16/2005 | Disposition: GRANTED IN PART | |

CSATF/SP                                                                                                                         12/10/2007

## CALIFORNIA DEPARTMENT OF CORRECTIONS
### Inmate/Parolee Appeals Tracking System - Level I & II
### Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| T86266 | GIVENS, F | SATF-FAC-B | ADA | SATF-B-05-02351 | |
| | Level I Review: | Received: 06/28/2005 | Due: 07/20/2005 | Completed: 08/25/2005 | Disposition: GRANTED IN PART |
| | Level II Review: | Received: 09/19/2005 | Due: 10/03/2005 | Completed: 10/13/2005 | Disposition: GRANTED IN PART |
| | Level III Review: | | | Completed: 12/13/2005 | Disposition: DENIED |
| T86266 | GIVENS, F | SATF-FAC-B | PROGRAM | SATF-B-05-02938 | |
| | Level I Review: | Received: 08/04/2005 | Due: 09/16/2005 | Completed: 09/07/2005 | Disposition: GRANTED IN PART |
| | Level II Review: | Received: 09/15/2005 | Due: 10/14/2005 | Completed: 10/25/2005 | Disposition: GRANTED IN PART |
| T86266 | GIVENS, F | SATF-FAC-B | PROPERTY | SATF-B-05-03611 | |
| | Informal Review: | Received: 08/30/2005 | Due: 09/14/2005 | Completed: 08/30/2005 | Disposition: DENIED |
| | Level I Review: | Received: 09/14/2005 | Due: 10/27/2005 | Completed: 10/19/2005 | Disposition: GRANTED |
| T86266 | GIVENS, F | SATF-FAC-B | PROGRAM | SATF-B- | |
| T86266 | GIVENS, F | SATF-FAC-B | PROGRAM | SATF-B-05-03828 | |
| | Level I Review: | Received: 09/28/2005 | Due: 11/17/2005 | Completed: 11/15/2005 | Disposition: GRANTED IN PART |
| | Level II Review: | Received: 11/29/2005 | Due: 12/28/2005 | Completed: 01/03/2006 | Disposition: GRANTED IN PART |
| | Level III Review: | | | Completed: 03/15/2006 | Disposition: DENIED |
| T86266 | GIVENS, F | SATF-FAC-B | CUSTODY/CLASS. | SATF-B-05-04365 | |
| | Level I Review: | Received: 11/03/2005 | Due: 12/20/2005 | Completed: 12/14/2005 | Disposition: DENIED |
| | Level II Review: | Received: 01/03/2006 | Due: 02/01/2006 | Completed: 01/31/2006 | Disposition: DENIED |
| | Level III Review: | | | Completed: 05/17/2006 | Disposition: DENIED |
| T86266 | GIVENS, F | SATF-FAC-B | ADA | SATF-B-05-04450 | |
| | Level I Review: | Received: 11/10/2005 | Due: 03/06/2006 | Completed: 03/29/2006 | Disposition: GRANTED IN PART |
| | Level II Review: | Received: 04/14/2006 | Due: 04/28/2006 | Completed: 05/05/2006 | Disposition: GRANTED IN PART |
| | Level III Review: | | | Completed: 06/27/2006 | Disposition: DENIED |
| T86266 | GIVENS, F | SATF-FAC-B | ADA | SATF-B-05-04451 | |

CSATF/SP                                                                                                          12/10/2007

# CALIFORNIA DEPARTMENT OF CORRECTIONS
## Inmate/Parolee Appeals Tracking System - Level I & II
### Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| T86266 | GIVENS, F | SATF-FAC-A | PROPERTY | SATF-A- | |
| Level I Review: | Received: 11/10/2005 | Due: 12/06/2005 | Completed: 12/01/2005 | Disposition: GRANTED IN PART | |
| T86266 | GIVENS, F | SATF-FAC-A | PROPERTY | SATF-A-06-00506 | |
| Informal Review: | Received: 01/26/2006 | Due: 02/09/2006 | Completed: 01/27/2006 | Disposition: GRANTED IN PART | |
| Level I Review: | Received: 02/06/2006 | Due: 03/21/2006 | Completed: 03/08/2006 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 03/20/2006 | Due: 04/21/2006 | Completed: 05/01/2006 | Disposition: GRANTED IN PART | |
| T86266 | GIVENS, F | MAIL | MAIL | SATF-A-06-00675 | |
| Informal Review: | Received: 02/08/2006 | Due: 02/23/2006 | Completed: 02/08/2006 | Disposition: DENIED | |
| Level I Review: | Received: 02/22/2006 | Due: 04/06/2006 | Completed: 03/06/2006 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 03/20/2006 | Due: 04/21/2006 | Completed: 05/01/2006 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 08/08/2006 | Disposition: DENIED | |
| T86266 | GIVENS, F | SATF-FAC-A | LEGAL | SATF-A-06-01265 | |
| Level I Review: | Received: 04/06/2006 | Due: 05/18/2006 | Completed: 05/17/2006 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 08/22/2006 | Due: 09/20/2006 | Completed: 09/21/2006 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 01/10/2007 | Disposition: DENIED | |
| T86266 | GIVENS, F | SATF-FAC-A | STAFF COMPLAINTS | SATF-A-06-01392 | |
| Level I Review: | Received: 04/14/2006 | Due: 05/26/2006 | Completed: 05/18/2006 | Disposition: WITHDRAWN | |
| T86266 | GIVENS, F | SATF-FAC-A | STAFF COMPLAINTS | SATF-A-06-01558 | |
| Level I Review: | Received: 04/27/2006 | Due: 06/09/2006 | Completed: 06/16/2006 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 08/22/2006 | Due: 09/20/2006 | Completed: 09/27/2006 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 01/04/2007 | Disposition: DENIED | |
| T86266 | GIVENS, F | SATF-FAC-A | ADA | SATF-A-06-03872 | |
| Level I Review: | Received: 10/03/2006 | Due: 10/25/2006 | Completed: 10/24/2006 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 11/03/2006 | Due: 11/17/2006 | Completed: 12/12/2006 | Disposition: GRANTED IN PART | |

Page: 4

CSATF/SP  12/10/2007

# CALIFORNIA DEPARTMENT OF CORRECTIONS
## Inmate/Parolee Appeals Tracking System - Level I & II

### Appeal Listing

**Sorted By: CDC Number**

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| **Level III Review:** | | | Completed: 02/09/2007 | Disposition: DENIED | |
| T86266 | GIVENS, F | SATF-FAC-A | STAFF COMPLAINTS | SATF-A-07-01068 | |
| **Level I Review:** | Received: 03/09/2007 | Due: 04/20/2007 | Completed: 04/02/2007 | Disposition: GRANTED IN PART | |
| T86266 | GIVENS, F | SATF-FAC-A | STAFF COMPLAINTS | SATF-A-07-01883 | |
| **Level I Review:** | Received: 04/30/2007 | Due: 06/12/2007 | Completed: 06/04/2007 | Disposition: CANCELLED | |
| T86266 | GIVENS, F | SATF-FAC-A | LEGAL | SATF-A-07-01981 | |
| **Level I Review:** | Received: 05/08/2007 | Due: 07/26/2007 | Completed: 07/19/2007 | Disposition: GRANTED IN PART | |
| **Level II Review:** | Received: 08/01/2007 | Due: 08/29/2007 | Completed: 08/28/2007 | Disposition: GRANTED IN PART | |
| T86266 | GIVENS, F | MAIL | | SATF-A- | |
| **Informal Review:** | Received: 05/18/2007 | Due: 06/04/2007 | Completed: 05/18/2007 | Disposition: GRANTED | |
| T86266 | GIVENS, F | SATF-FAC-A | MAIL | SATF-A-07-03077 | |
| **Level I Review:** | Received: 07/06/2007 | Due: 08/17/2007 | Completed: 07/13/2007 | Disposition: GRANTED | |
| **Level II Review:** | Received: 08/08/2007 | Due: 09/06/2007 | Completed: 09/10/2007 | Disposition: GRANTED IN PART | |
| T86266 | GIVENS, F | SATF-FAC-A | MAIL | SATF-A- | |
| **Informal Review:** | Received: 06/12/2007 | Due: 06/26/2007 | Completed: 06/12/2007 | Disposition: DENIED | |
| **Level I Review:** | Received: 07/16/2007 | Due: 08/27/2007 | Completed: 07/27/2007 | Disposition: DENIED | |
| **Level II Review:** | Received: 08/06/2007 | Due: 09/04/2007 | Completed: 10/09/2007 | Disposition: DENIED | |
| T86266 | GIVENS, F | SATF-FAC-A | CUSTODY/CLASS. | SATF-A- | |

**Total: 38**

Page: 5