IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>                   Plaintiff,<br><br>  v.<br><br>JAMES TILTON, et al.,<br><br>                  Defendants. | C 07-3575 MJJ (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)** |

The Court has considered all supporting and opposing arguments regarding the Motion to Dismiss filed by Defendants Nollette and Tilton. The Court finds that Plaintiff did not exhaust his administrative remedies as required by 42 U.S.C. § 1997e(a). Accordingly, Defendants' Motion to Dismiss is granted and the case is dismissed without prejudice.

IT IS SO ORDERED.

Dated: _____

                                                          The Honorable Martin J. Jenkins
                                                          United States District Judge

40203918.wpd

[Proposed] Order Grant Defs.' Mot. Dismiss                                                                        *F. Givens v. J. Tilton, et al.*
                                                                                                                    C 07-3575 MJJ (PR)

1