EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
D. ROBERT DUNCAN, State Bar No. 161918
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5739
  Fax: (415) 703-5843
  Email: Robert.Duncan@doj.ca.gov

Attorneys for Defendants O. Nollette and James E. Tilton

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>                      Plaintiff,<br><br>v.<br><br>JAMES TILTON, et al.,<br><br>                      Defendants. | C 07-3575 MJJ (PR)<br><br>DECLARATION R. DUNCAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S REQUEST FOR SUMMARY JUDGMENT, AND DEFENDANTS' REQUEST TO STAY SUMMARY JUDGMENT PROCEEDINGS PENDING RULING ON DEFENDANTS' MOTION TO DISMISS |

I, D. Robert Duncan, declare and state:

1. I am employed by the Office of the California Attorney General as a Deputy Attorney General and represent Defendants O. Nollette and J. Tilton in this action. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify.

2. On November 6, 2007, the Attorney General's Office waived service of process for

Decl. Duncan Supp. Defs.' Opp'n Pl.'s Req. Summ. J. & Defs.' Req. Stay Summ. J.     F. Givens v. J. Tilton, et al.
C 07-3575 MJJ (PR)

1

1  Sergeant Nollette and Secretary Tilton, and they became parties to this action. Attached as
2  Exhibit A is a true and correct copy of my letter to the United States Marshals Service agreeing
3  to waive service of process for Sergeant Nollette and Secretary Tilton.

4      3. On November 9, 2007, I wrote inmate Givens to explain that Secretary Tilton only
5  recently became a party to this action, and volunteered to provide Tilton's responses to Givens's
6  Request for Production, Written Interrogatories, and Request for Admissions by December 6,
7  2007, thirty days after Tilton became a party to this action. Attached as Exhibit B is a true and
8  correct copy of my letter to Francois P. Givens explaining that Secreatary Tilton would respond
9  to Givens's discovery requests by December 6, 2007.

10      4. On December 6, 2007, the Office of the California Attorney General served Defendant
11  Tilton's Responses to Plaintiff's Request for Admissions, Defendant Tilton's Responses to
12  Plaintiff's First Set of Interrogatories, and Defendant Tilton's Responses to Plaintiff's Request
13  for Production by mail to Givens at the California Rehabilitation Center. Attached as Exhibit C
14  is a true and correct copy of Secretary Tilton's discovery responses with proofs of service.

15      5. I did not receive Interrogatories, or any other discovery, from inmate Givens for
16  Defendant Nollette, and do not believe that any discovery for him was received by the Office of
17  the Attorney General. I first learned of the Written Interrogatories for Defendant Nollette, that
18  Givens claims were mail served on September 24, 2007, when I received Givens's Appendix of
19  Exhibits in Support of Request for Summary Judgment (Volume 2) on December 26, 2007

21      I declare under penalty of perjury that the foregoing is true and correct. Executed
22  January 18, 2008, at San Francisco, California.

24  _____
    D. ROBERT DUNCAN
25  Deputy Attorney General

Decl. Duncan Supp. Defs.' Opp'n Pl.'s Req. Summ. J. & Defs.' Req. Stay Summ. J.     *F. Givens v. J. Tilton, et al.*
    C 07-3575 MJJ (PR)

2