# EXHIBIT A



**EDMUND G. BROWN JR.**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5739
Facsimile: (415) 703-5843
E-Mail: Robert.Duncan@doj.ca.gov

November 6, 2007

BY U.S. MAIL

United States Marshals Service
United States Department of Justice
450 Golden Gate Ave.
San Francisco, CA 94102

RE:    F. Givens v. J. Tilton, et al.
        U.S. District Court, N.D. California, Case No. C 07-3575 MJJ (PR)

Dear Marshals Service:

I am the attorney assigned to represent Defendants O. Nollette and James E. Tilton in the above case.

As the attorney for these Defendants, I acknowledge receipt of the summons, complaint, and waivers, which were sent by the Marshals Service. I agree to save the cost of service of formal summons by not requiring that I or the above Defendants be served with judicial process under Rule 4 of the Federal Rules of Civil Procedure.

This waiver does not waive any defenses or objections to the lawsuit or to the jurisdiction or venue of the Court, except for objections based on a defect in the summons or in the service of the summons. The above Defendants will answer or respond by motion to the complaint in accordance with Federal Rule of Procedure 12 and applicable court orders or party stipulations.

Sincerely,

D. ROBERT DUNCAN
Deputy Attorney General

For    EDMUND G. BROWN JR.
       Attorney General