# EXHIBIT B

**EDMUND G. BROWN JR.**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**



455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5739
Facsimile: (415) 703-5843
E-Mail: Robert.Duncan@doj.ca.gov

November 9, 2007

Francois P. Givens
T-86266
California Rehabilitation Center 405 8-UP
P.O. Box 3535
Norco, CA 92860

RE:   F. Givens v. J. Tilton, et al.
      U.S. District Court, N.D. California, Case No. C 07-3575 MJJ (PR)
      <u>Discovery Deadline & Return of S. Mendonca Discovery</u>

Dear Mr. Givens:

    The purpose of this letter is to clarify the deadline for responding to your Request for Production, Written Interrogatories, and Request for Admissions served on Defendant James E. Tilton. The Federal Rules of Civil Procedure specify that discovery requests may only be served on a party to an action. Fed. R. Civ. P. 33(a), 34(a), 36(a). One becomes a party officially, and is required to take action in that capacity, only upon service of a summons or other authority-asserting measure. *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 350 (1999). Since Secretary Tilton was not a party to this action until he waived service of process on November 6, 2007, the responses to your discovery will be provided on December 6, 2007, thirty days after Secretary Tilton waived service.

    I am also returning the Written Interrogatories that you attempted to serve on S. Mendonca. My office has not received a request for representation from S. Mendonca and is not currently representing S. Mendonca in this action. Thank you.

Sincerely,

D. ROBERT DUNCAN
Deputy Attorney General

For    EDMUND G. BROWN JR.
          Attorney General