EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
D. ROBERT DUNCAN, State Bar No. 161918
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5739
  Fax: (415) 703-5843
  Email: Robert.Duncan@doj.ca.gov

Attorneys for Defendants O. Nollette and James E. Tilton

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>                      Plaintiff,<br><br>v.<br><br>JAMES TILTON, et al.,<br><br>                      Defendants. | C 07-3575 MJJ (PR)<br><br>**DECLARATION O. NOLLETTE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S REQUEST FOR SUMMARY JUDGMENT, AND DEFENDANTS' REQUEST TO STAY SUMMARY JUDGMENT PROCEEDINGS PENDING RULING ON DEFENDANTS' MOTION TO DISMISS** |

I, Sergeant O. Nollette, declare and state:

1. I am currently employed as a Correctional Officer at San Quentin State Prison (San Quentin). I have worked for the California Department of Corrections and Rehabilitation at San Quentin since 1995. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify.

Decl. Nollette Supp. Defs.' Opp'n Pl.'s Req. Summ. J. & Defs.' Req. Stay Summ. J.    *F. Givens v. J. Tilton, et al.*
C 07-3575 MJJ (PR)

1

1  2.   I did not receive a request for interrogatories, or any other discovery, from inmate
2  Givens, and therefore never responded.
3
4        I declare under penalty of perjury that the foregoing is true and correct. Executed
5  January 17, 2008, at San Quentin, California.

                                SERGEANT O. NOLLETTE

40207056.wpd
SF2007200722

Decl. Nollette Supp. Defs.' Opp'n Pl.'s Req. Summ. J. & Defs.' Mot. Stay Summ. J.     F. Givens v. J. Tilton, et al.
                                                                                      C 07-3575 MJJ (PR)

2