1
2
3
4
5
6
7
8
9
10
11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **FRANCOIS P. GIVENS,**<br><br>                                        Plaintiff,<br><br>        v.<br><br>**JAMES TILTON, et al.,**<br><br>                                        Defendants. | C 07-3575 MJJ (PR)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S REQUEST FOR SUMMARY JUDGMENT AND STAYING SUMMARY JUDGMENT PROCEEDINGS PENDING RULING ON DEFENDANTS' MOTION TO DISMISS** |

18    The Court has considered all supporting and opposing arguments regarding the Request for

19  Summary Judgment filed by Plaintiff Givens.  The Court finds that Defendant Tilton served the

20  Plaintiff with timely discovery responses, and Defendant Nollette never received any discovery

21  requests.  Therefore, Defendants Tilton and Nollette did not admit to any of the allegations in the

22  Plaintiff's Complaint, and the Request for Summary Judgment is groundless, and must be denied.

23  The Court stays any further summary judgment proceedings until it rules on the Defendants'

24  Motion to Dismiss.

25  IT IS SO ORDERED.

26

27  Dated:  _____         _____
                                            The Honorable Martin J. Jenkins
28                                          United States District Judge

[Proposed] Order Denying Pl.'s Req. Summ. J.; Staying Summ. J. Proceedings        *F. Givens v. J. Tilton, et al.*
                                                                                 C 07-3575 MJJ (PR)