Francois P. Givens,#T-86266
California Rehabilitation Center
P.O. Box 3535
Norco, Ca., 92860
Plaintiff, In Pro Se.

FILED
08 JAN 25 PM 4: 25

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FRANCOIS P. GIVENS,                    ) Case No: C07-3575 MJJ (PR)
    Plaintiff,                         ) REQUEST FOR EXTENSION OF TIME TO FILE
v.                                     ) OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
JAMES TILTON, et al.,                  ) THIS ACTION
    Defendants.                        )

To: THE HONORABLE JUDGE MARTIN J. JENKINS - NORTHERN DISTRICT OF CALIFORNIA

   Plaintiff, Francois P. Givens, does hereby request a (30) day extension of time in which to file his opposition to the Defendant's Motion to Dismiss this action, based on the following facts:

   1) On 1-11-08, the Plaintiff received a copy of Defendant's motion to dismiss this action. The Plaintiff is currently scheduled to file his opening brief in 9th Circuit Court of Appeals Docket 07-17146. in March 2008.

   2) On 11-16-07, the Defendants in this action did cause the spoliation of evidence for this case, C07-1448 MJJ as well as 9th Circuit #07-17146, by forcing the Plaintiff to discard legal materials which had previously been stored in accordance with CDCR regulations since 12-7-05. The

   3) The Plaintiff has contacted family members in an attempt to locate relevant documents which would be used to support the Plaintiff's defense of this action, and his appeal in the 9th

Request/Extension of Time            - 1 of 3 -
ND Cal C07-3575 MJJ (PR)

1 Circuit. The Plaintiff's family members are not trained in law, and have difficulty recognizing
2 legal documents. If his family is unable to find necessary documents, the Plaintiff will submitt
3 his opposition and appeal in the federal courts without such documents. The Plaintiff is currently
4 working on his opposition to the motion to dismiss this action, and will not require an additional
5 extension of time in this matter.

7     Accordingly, the Plaintiff request that this Courts grants leave for the Plaintiff to file his
8 opposition to the Defendant's motion to dismiss this action on or around March 11, 2008.

10 Date: January 22, 2008    X _____
     François P. Givens, #T-86266
11      Plaintiff, IN Pro Se.

Request/Extension of Time      - 2 of 3 -
ND Cal C07-3575 MJJ(PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GIVENS v. TILTON, et al.,
C07-3575 MJJ(PR)

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify under penalty of perjury by the laws of the United States that all information presented within this certificate of service is, to the best of my knowledge, TRUE and ACCURATE.

I am an adult citizen of the United States currently incarcerated at the CRC in Norco, Ca. On this day, I did personally place either original or exact copies of the following document:

a) Request For Extension of Time to File Opposition to Defendant's Motion to Dismiss This Action;

in envelopes with sufficient postage, addressed as follows:

1) Office of the Clerk
US District Court (ND Cal)
450 Golden Gate Ave.
San Francisco, Ca., 94102

2) Office of the Attorney General
D.Robert Duncan - D.A.G
455 Golden Gate Ave., Suite#11000
San Francisco, Ca., 94102

These envelopes were given to a correctional officer at the institution to log and process as outgoing legal mail in accordance with mail procedures established at the institution on this day.

SWORN TRUE ON THIS 22nd DAY OF January, 2008 IN NORCO, CALIFORNIA

X _____
Francois P. Givens,#T-86266
CRC
P.O. Box 3535
Norco, Ca., 92860
Plaintiff, In Pro Se.