EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
D. ROBERT DUNCAN, State Bar No. 161918
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5739
  Fax: (415) 703-5843
  Email: Robert.Duncan@doj.ca.gov

Attorneys for Defendants O. Nollette and James E. Tilton

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>                  Plaintiff,<br><br>v.<br><br>JAMES TILTON, et al.,<br><br>                  Defendants. | C 07-3575 MJJ (PR)<br><br>**DECLARATION OF R. DUNCAN IN SUPPORT OF DEFENDANTS' MOTION TO STAY DISCOVERY PENDING RULING ON DEFENDANTS' MOTION TO DISMISS** |

I, Robert Duncan, declare and state:

1. I am employed by the Office of the California Attorney General as a Deputy Attorney General and represent Defendants O. Nollette and James E. Tilton (Defendants) in this action.

2. On January 30, 2008, the Office of the Attorney General received Givens's Written Interrogatories for Sergeant Nollette. The Office of the Attorney General had not previously received Interrogatories, or any other discovery, for Sergeant Nollette.

3. None of the Written Interrogatories for Sergeant Nollette are relevant to the issue of whether Givens exhausted his administrative remedies before filing suit. Attached as Exhibit A

Decl. Duncan Supp. Defs.' Mot. Stay Disc. Pending Defs.' Mot. Dismiss      F. Givens v. J. Tilton, et al.
C 07-3575 MJJ (PR)

1

1. is a true and correct copy of the Written Interrogatories for Sergeant Nollette.

2. 4. Secretary Tilton responded to Plaintiff's Request for Admissions, Plaintiff's First Set of Interrogatories, and Plaintiff's Request for Production on December 6, 2007, and none of the discovery is relevant to the issue of whether Givens exhausted his administrative remedies before filing suit.

5. During a telephone conversation on February 7, 2008, I asked Givens to stipulate to a stay of discovery until the Court rules on Defendants' Motion to Dismiss the Case. Givens did not agree to a stay of discovery.

I declare under penalty of perjury that the foregoing is true and correct. Executed February 15, 2008, at San Francisco, California.

_____
ROBERT DUNCAN

40216379.wpd
SF2007200722