# EXHIBIT A

1 Francois P. Givens #T-86266
2 CRC 404-9Up
3 P.O Box 3535
4 Norco, Ca., 92860
5 Plaintiff, In Pro Se.
6
7
8              UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA.
10
11 FRANCOIS P. GIVENS,            | Case No: C07-3575 MJJ
12     Plaintiff,                 | WRITTEN INTERROGATORIES
13 v.                             | SERGEANT NOLLETTE, SQSP
14 JAMES TILTON, Secretary, CDCR, et al., | Set 2.
15     Defendants
16
17 To: R&R SERGEANT NOLLETTE, San Quentin State Prison.
18
19 <u>Interrogatories</u>
20
21 <u>Intr 1</u>: Do you, Sergeant Nollette, swear under penalty of perjury by the
22 laws of the United States that all information presented in ~~this~~ response to
23 these written interrogatories is, to the best of your knowledge, TRUE and
24 ACCURATE?
25
26 <u>Intr 2</u>: State your full name, current position, position at times relevant
27 to the operative complaint and your length of employment with
28 CDCR.
29
30 <u>Intr 3</u>: What Care][were] your official duties as a Recieving and
31 Release (R&R) officer at SQSP?
32 //

Written Interrogatories/Sgt Nollette/Set 2         -1 of 4-
ND Cal #C07-3575 MJJ

1  Intr 4: When prisoners are processed into SQSP by R&R, who is responsible
2  for determining their Housing Unit assignments?
3
4  Intr 5: Under P.C.§2085, who is the official "bailee" for ensuring accurate
5  tracking, keeping and release of prisoner property and funds upon
6  transfer to and from SQSP?
7
8  Intr 6: On 7-11-06, did SQSP and your R&R Department have an
9  established policy to reasonably accomodate mobility impaired inmates
10 who were unable to carry their property with their hands cuffed
11 behind their back to and from Ad-Seg (Donner Unit)?
12
13 Intr 7: On 7-11-06, after finding out that the plaintiff was endorsed
14 at a "Special Needs Yard" (SNY facility) at CSATF/SP, you issued a CDC114D
15 lockup order, and had the plaintiff placed in Ad-Seg rather than
16 on the SNY facility at SQSP. What factors persuaded this decision?
17
18 Intr 8: On 7-11-06, did you directly contact any Donner Section Housing
19 Unit Officer or personally make any recommendations as to where
20 the plaintiff should be housed within Donner Section?
21
22 Intr 9: During a conversation with the plaintiff, after telling the
23 plaintiff that you may have to get an attorney to sue the plaintiff,
24 you made reference to "seeing about" the plaintiff's living
25 quarters. Do you recall making these statements?
26
27 Intr 10: Why did you personally confiscate the plaintiff's legal materials
28 on 7-11-06, then throw the materials into a closet in R&R?
29
30 Intr 11: Do you have any personal biases/prejudice against African-
31 Americans and/or "jailhouse lawyers"?
32

Written Interrogatories/Sgt Nailette/SET 2          -2of4-
ND Cal# C07-3575 MJJ

1  **Intr 12:** Do you have any information within your personnel file regarding
2  psychological issues, i.e., anger control, depression, alcoholism or drug abuse or
3  any complaints of racism, bigotry or bias and/or disciplinary action or
4  law suits against you for racial discrimination, bigotry or retaliation
5  against prisoners for pursuing grievances/litigation against you?
6
7  **Intr 13:** On 7-26-06, the plaintiff was returned to CSATF/SP, without
8  his legal supplies. How did this occur?
9
10 **Intr 14:** On 7-26-06, Transportation Sgt L. Araujo verified that the plaintiff's
11 legal supplies were not on the "Schedule D" bus to CSATF/SP. On what
12 day were the plaintiff's legal supplies transported to CSATF/SP?
13
14 **Intr 15:** Did you knowingly and willfully, or did anyone in your office
15 knowingly and willfully participate in, allow or encourage the embezzlement
16 of funds from the plaintiff's trust account?
17
18 **Intr 16:** Upon plaintiff's receipt of his legal supplies in the later part
19 of August 2006, he discovered that the materials had been placed
20 in a seperate container and the contents had been severely
21 disturbed. What is the name of the officer who transpacked
22 the plaintiff's legal supplies and on what day did this occur?
23
24 **Intr 17:** On or around 8-20-06, the plaintiff's family was informed
25 by R&R staff at SQSP that a check for plaintiff's funds had been recently
26 issued and "mailed" to CSATF/SP. Is it standard operating
27 procedure for R&R at SQSP to retain prisoner funds for almost
28 (1) month after their release/transfer from SQSP?
29
30 **Intr 18:** On 7-11-06, did any San Francisco Sheriff deputy or Sheriff
31 Hennessey (NDCal #C03-1818 MJJ) contact your office or anyone working
32 in R&R at SQSP to suggest that the plaintiff should be taught a

Written Interrogatories/Sgt Noilette/SET 2           -3of4-
NDCal #C07-3575 MJJ

1 lesson?
2
3 <u>Intr 19</u>: Are you personally or anyone else in your office familiar
4 with a SFSD transportation deputy by the name of Williams?
5
6 <u>Intr 20</u>: Were you ever contacted by anyone from the Office of the
7 Appeal Coordinator at SQSP regarding the 8-20-06 CDC602 submitted
8 by the plaintiff to address these issues?
9
10 <u>Intr 21</u>: Do you have any personal biases against any class of citizen
11 of the United States which would affect your ability to impartially
12 perform your official duties under color of state law?
13
14
15
16 Date: <u>September 16, 2007</u>                        Respectfully submitted,
17                                                     X _____
18                                                     Francois P. Givens #T-86266
19                                                     Plaintiff, In Pro Se.
20
21
22 Please respond to these interrogatories within (30) days of the
23 date of service.
24
25
26
27
28
29
30
31
32

Written Interrogatories/Sgt Nollette/Set 2          -4 of 4-
NDCal # C07-3575 MJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Francois P. Givens vs. City and County of San Francisco Case #C-07-3575 MJJ (PR)

CERTIFICATE OF SERVICE

I, the undersigned, do herby declare under the penalty of perjury of the laws of the United States that all information presented in this Certificate of Service is to the best of my knowledge, TRUE and ACCURATE.

I am a citizen of the United States, currently residing in the County of __Solano CA.__ On this day, I did place either original or exact copy of the following documents, and placed them in envelopes with sufficient postage, addressed as follows:

a) **Written Interrogatories Sergeant Nollette SQSP**

1) San Quentin State Prison
   Sergeant Nollette, R & R
   General Delivery
   San Quentin CA. 94964

2) Office of the Attorney General
   Patricia Webber-Heim D.A.G.
   450 GOLDEN Gate Ave. # 11000
   San Francisco CA. 94102

3) Francois P. Givens T-86266
   CRC 404 9-UP
   P.O. Box 3535
   Norco CA. 92860

These envelopes were deposited in an official U.S. Mail depository in the city of __Vacaville__ CA. on this day.

SWORN TRUE ON THIS __24__ DAY OF __September__, 2007 IN VACAVILLE CA.

X _Edmond W. Givens_
Edmond W. Givens
166 Tahoe Drive
Vacaville CA. 95687-5529

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Francois P. Givens vs. City and County of San Francisco Case #C-07-3575 MJJ (PR)

AMENDED CERTIFICATE OF SERVICE

I, the undersigned, do herby declare under the penalty of perjury of the laws of the United States that all information presented in this Certificate of Service is to the best of my knowledge, TRUE and ACCURATE.

I am a citizen of the United States, currently residing in the County of __Solano__ CA. On this day, I did place either original or exact copy of the following documents, and placed them in envelopes with sufficient postage, addressed as follows:

a) **Written Interrogatories Sergeant Nollette SQSP**

1) Office of the Clerk
   U.S. District Court (N.D. cal)
   450 Golden Gate Ave. 16th Floor
   San Francisco CA. 94102

2) San Quentin State Prison
   Sergeant Nollette, R & R
   General Delivery
   San Quentin CA. 94964

3) Office of the Attorney General
   Patricia Webber-Heim D.A.G.
   455 Golden Gate Ave. # 11000
   San Francisco CA. 94102

4) Francois P. Givens T-86266
   Cal. Rehab Center 408 1-UP
   P.O. Box 3535
   Norco CA. 92860

These envelopes were deposited in an official U.S. Mail depository in the city of __Vacaville__ CA. on this day.

SWORN TRUE ON THIS 28 DAY OF January, 2008 IN VACAVILLE CA.

X _Edmond W. Givens_
Edmond W. Givens
166 Tahoe Drive
Vacaville CA. 95687-5529