IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>  Plaintiff,<br><br>v.<br><br>JAMES TILTON, et al.,<br><br>  Defendants. | C 07-3575 MJJ (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR A STAY OF DISCOVERY PENDING RULING ON DEFENDANTS' MOTION TO DISMISS |

Defendants O. Nollette and James E. Tilton (Defendants) filed a motion under Fed. R. Civ. P. 26(c) for an order staying discovery pending the Court's ruling on Defendants' Motion to Dismiss. The basis for the application is that the discovery is unrelated to the issue of exhaustion of administrative remedies and should be stayed until the court rules on Defendants' Motion to Dismiss.

GOOD CAUSE APPEARING, Defendants' motion is GRANTED, and all discovery is stayed pending the Court's ruling on the motion to dismiss.

Dated: _____

MARTIN J. JENKINS
United States District Court Judge

[Proposed] Order Granting Defs.' Mot. For Stay Disc. Pending Defs.' Mot. Dismiss    F. Givens v. J. Tilton, et al.
C 07-3575 MJJ (PR)

1