**FILED**

FEB 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES TILTON, et al.<br><br>    Defendants. | No. C 07-3575 MJJ (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME; DENYING MOTION TO COMPEL ANSWER**<br><br>(Docket Nos. 23 & 41) |

Good cause appearing, plaintiff's request for an extension of time in which to file an opposition to defendants' motion to dismiss is GRANTED. Plaintiff's opposition is due on or before **March 18, 2008**. Defendants shall file a reply brief within **14 days** of the date the opposition is filed.

Plaintiff's motion to compel defendants to file answer or for default judgment is DENIED as moot in light of defendants' motion to dismiss.

This order terminates Docket Nos. 23 & 41.

IT IS SO ORDERED.

DATED: 2/15/2008

MARTIN J. JENKINS
United States District Judge

G:\PRO-SE\MJJ\CR.07\givens3.eot.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FRANCOIS P. GIVENS,

        Plaintiff,

v.

JAMES TILTON et al,

        Defendant.

                                                    /

Case Number: CV07-03575 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Francois P. Givens
California Rehabilitation Center
Prisoner Id T-86266
P.O. Box 3535
Norco, CA 92860

Dated: February 19, 2008

MNarcisse

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk