1  Francois P. Givens,#T-86266
2  California Rehabilitation Center
   P.O. Box 3535
3  Norco, Ca., 92860
   Plaintiff, In Pro Se.

FILED

[illegible stamp]

[illegible stamp]
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4

5

6

7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10

11  FRANCOIS P. GIVENS,                    ) Case No: C07-3575 MJJ
12     Plaintiff,                          ) APPENDIX OF EXHIBITS IN SUPPORT OF FIRST
13  v.                                     ) AMENDED COMPLAINT
14  JAMES TILTON, et al.,                  ) (Volume 2)
15     Defendants                          )

16

17  Appendix "F": 9-11-06 CSATF/SP Trust Account Statement              .........35

18  Appendix "G": 3-6-07 Informal Response to FADC#A116196             .....37 - 42
                  3-6-07 Declaration of Raleen Prud'Homme, FADC#A116196   .....43 - 46
19
20  Appendix "H": 8-15-07 In Absentia Written Request                  .....48 - 49

    Appendix "I": 11-16-07 CDC-193 Trust Account Withdrawal            .....51 - 53
21
    Appendix "J": 8-15-7 CSATF/SP Trust Account Statement              .........55
22                10-10-07 CRC Trust Account Statement                 .........56
                  12-19-07 CRC Trust/Restitution statement             .........57
23                1-10-08 CRC Trust/Restitution Statement              .....58 - 59
                  ITAS CRC Trust Account Display                       .........60
24
    Appendix "K": 1-4-08 Declaration by Defendant Hansen               .........62
25                1-30-08 CDC-128-B Chrono                             .........63

26  Date: 2-13-08 _____          X _____
                                    Francois P. Givens, #T-86266
27                                  Plaintiff, In Pro Se.

28
    Exhibits/First Amended Complaint  (Volume 2)
    ND Cal C07-3575 MJJ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

APPENDIX "F"

REPORT ID: TS3030                                          REPORT DATE: 09/11/06
                                                           PAGE NO:       1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              SATF/SP AT CORCORAN
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                FOR THE PERIOD: AUG. 01, 2006 THRU SEP. 11, 2006

ACCOUNT NUMBER : T86266                    BED/CELL NUMBER: FAD3T1000000121L
ACCOUNT NAME   : GIVENS, FRANCOIS POITIER    ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT ACTIVITY
      TRAN
ATE  CODE  DESCRIPTION   COMMENT   CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
---- ----- ------------- --------- --------- ---------- ----------- -----------

8/01/2006   BEGINNING BALANCE                                            0.00

8/24 D320 TRUST FUNDS T 0977/SQ                  97.66                  97.66
8/24 W502 POSTAGE CHARG 0992/POSTG                            9.28      88.38
8/24 W515 COPY CHARGE   0992/COPY                            0.80      87.58
8/24 W515 COPY CHARGE   0992/COPY                            0.80      86.78
8/24 W515 COPY CHARGE   0992/COPY                            3.10      83.68

                              TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL       TOTAL       CURRENT      HOLDS     TRANSACTIONS
 BALANCE    DEPOSITS   WITHDRAWALS    BALANCE     BALANCE    TO BE POSTED
----------- ---------- ------------ ------------- ---------- -------------
    0.00      97.66       13.98        83.68        0.00         0.00
----------- ---------- ------------ ------------- ---------- -------------

                                               CURRENT
                                              AVAILABLE
                                               BALANCE
                                            -------------
                                                83.68
                                            -------------
                                            -------------

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

APPENDIX "G"

**EDMUND G. BROWN JR.**
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*



~7

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public:  (415) 703-5500
Telephone:  (415) 703-5603
Facsimile:  (415) 703-5843
E-Mail:  Patricia.Heim@doj.ca.gov

March 6, 2007

First Appellate District, Division Two
Court of Appeal of the State of California
350 McAllister Street
San Francisco, CA  94102

RE:    INFORMAL RESPONSE
       *In re Francois P. Givens, Case No. A116196*

Dear Honorable Justices:

This letter is written pursuant to the Court's January 30, 2007 request for an informal response to inmate Francois Givens's petition for writ of habeas corpus.  In his petition, Givens alleges that the California Department of Corrections and Rehabilitation violated his due process rights when prison staff continued to draw restitution funds from his trust account after the sentencing court adjusted his restitution from $600 to $200 in June 2006.

## Statement of Facts

Givens was convicted in December 2002 of attempted manslaughter, corporal injury on a spouse or cohabitant, and aggravated assault.  (Petn'r's Appen. A at Ex. A, p. 1.)  He was sentenced to eight years in prison.  (*Ibid.*)  The Court ordered Mr. Givens to pay a restitution fine of $600.  (*Id.* at p. 2.)  In June 2006, the San Francisco County Superior Court amended Givens's conviction, dropped the attempted manslaughter charge, and reduced his restitution fine from $600 to $200.  (Petn'r's Appen. A at Ex. B.)

After receiving the amended abstract of judgment from the superior court, Case Records staff at the prison filled out an inmate restitution form, indicating that the superior court imposed a $200 fine against Givens.  (Prud'Homme Declaration at ¶ 2; Petn'r's Appen. A at Ex. C, p. 2.)  Case Records staff filled out an additional form to cancel the original $600 fine, but it was the wrong form.  (Prud'Homme Declaration at ¶ 2; Petn'r's Appen. A at Ex. C, p. 1.)  The Restitution computer was unable to read the incorrect form and thus, read the forms as imposing a new, separate $200 fine in addition to the original $600 fine.  (Prud'Homme Declaration at ¶ 2.)

When a Case Records Analyst checked Givens's central file, it did not appear that Givens had filed an administrative appeal asking prison staff to investigate his restitution amount, which would have alerted staff to the problem. (*Id.* at ¶ 5.) Givens's restitution has now been adjusted to reflect the proper fine amount of $200. (*Id.* at ¶ 4.) Because Givens had already paid $248.54 towards the fine, he has been refunded his overpayment of $48.54 as well as an administrative fee of $4.85, and now has a current available balance in his trust account of $53.39. (*Ibid.*)

## Argument

## A.  The Petition Should Be Denied Because Givens Failed to Exhaust His Administrative Remedies.

Givens's petition should be denied because he did not exhaust his administrative remedies. Exhaustion of administrative remedies is required before a court may grant any habeas relief. (*In re Dexter* (1979) 25 Cal.3d 921, 925; *In re Muszalski* (1975) 52 Cal.App.3d 500, 508.) Adherence to the exhaustion principle ensures deference to the expertise and discretion of administrative agencies and prevents unnecessary judicial intervention. (*Muszalski, supra,* 52 Cal.App.3d at pp. 505-506, quoting *McKart v. United States* (1969) 395 U.S. 185, 193-195.)

Here, Givens alleges that "restitution is not a condition of confinement which must be exhausted through administrative remedies" and even if it were, he should not be required to exhaust under the "futility exception . . . when the griev[a]nce procedure can provide no remed[y] at all." (Petn. at pp. 3-4.) While it is true that the sentencing court ordered restitution, the Department of Corrections and Rehabilitation is responsible for ensuring that such restitution is paid, in full, from the prisoner's wages and trust account deposits. (Cal. Code Regs., tit. 15, § 3097.[1]) Therefore, any issues Givens has regarding funds transferred out of his trust account by prison staff must be addressed through the administrative appeal process. (§ 3084, et. seq.) It is not for Givens to decide that he is above the administrative appeal requirement.

Administrative appeals must be first submitted at the informal level for review. (§ 3084.5, subd. (a).) The Department of Corrections official who is responsible for reviewing the administrative appeal determines if the informal level should be waived and bypassed to the first formal level. (*Id.* at subd. (a)(2)-(3).) Also, administrative appeals may be rejected, or screened out, if the prisoner did not show any attempt to resolve the grievance at the informal level. (§ 3084.3, subd. (c)(4).)

Givens submitted an administrative appeal form in August 2006, asking that his trust account be updated with the amended restitution order. (Petn'r's Appen. C.) His administrative appeal was properly rejected, or screened out, two weeks later because he did not provide proof that he received an informal level response as required. (Petn'r's Appen. D at p. 1; § 3084.3,

1. All future references will be to Title 15 of the California Code of Regulations, unless otherwise specified.

First Appellate District
March 6, 2007
Page 3

subd. (c)(4).) Givens failed to pursue his administrative remedies any further. Although Givens alleges that he submitted an administrative appeal in November 2006, it does not have a date stamp showing that it was actually received by prison staff. (Petn'r's Appen. E.) Because Givens failed to exhaust his administrative remedies, the petition should be denied.

**B.    Givens's Trust Account Has Been Updated to Reflect the Proper $200 Fine, Therefore the Petition Should Be Denied Because There Is No Further Relief for the Court to Grant.**

This petition is moot and should be denied because the issue underlying Givens's claim has been addressed. As a general principle of law, a court is under a duty to decide only existing controversies for the purpose of issuing judgments that can be effected. (*Nat. Assn. of Wine Bottlers v. Paul* (1969) 268 Cal.App.2d 741, 746.) However, if before a court renders a decision, the controversy no longer exists, the case is then moot because, even if the petition were granted, "it would result in nothing for petitioner; hence resolution of the question originally presented [would be] academic and of no practical effect." (*Frias v. Sup. Ct.* (1975) 51 Cal.App.3d 919, 923.)

Here, Givens requested that the Department of Corrections immediately modify its records to reflect the amended restitution amount ordered in June 2006, and to refund him any amount paid in excess of that amount. The Department of Corrections has updated Givens's trust account, which reflects that his restitution is fully paid, and any amounts above the ordered restitution have been refunded to him. (Ex. 1.) Therefore, there is nothing further for the Court to grant, and the petition should be denied.

**Conclusion**

Givens failed to exhaust his administrative remedies before filing a habeas petition in this Court. There is no further relief this Court can grant because Department of Corrections staff have adjusted Givens's trust account to reflect the amended restitution amount of $200, and refunded any money owed to him. Therefore, respondent respectfully requests that the petition be denied.

Sincerely,

PATRICIA WEBBER HEIM
Deputy Attorney General
State Bar No. 230889

For    EDMUND G. BROWN JR.
Attorney General

20077672.wpd

REPORT ID: TS3030 — REPORT DATE: 02/14/07 — PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
SATF/SP AT CORCORAN
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: FEB. 01, 2007 THRU FEB. 14, 2007

ACCOUNT NUMBER : T06266
ACCOUNT NAME : GIVENS, FRANCOIS POITIER
PRIVILEGE GROUP: A

BED/CELL NUMBER: FAQST1000000121L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 02/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 02/14 | W0R1 | REST OVERPMT | 3744/REST | | 48.54 | | 48.54 |
| 02/14 | VDF1 | ADMIN FEE-RES | 3744/REST | | | 4.85 | 53.39 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/20/02
COUNTY CODE: SF

CASE NUMBER: 184987
-FINE AMOUNT: $ 200.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 02/01/2007 | | BEGINNING BALANCE | | 48.54- |
| 02/14/07 | VDR1 | REST OVERPMT ONLY | 48.54 | 0.00 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 53.39 | 0.00 | 53.39 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
--------------
53.39
--------------

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *In re Francois P. Givens, On Habeas Corpus*
Case No.:    **Court of Appeal, First Appellate District, Division Two, A116196**
Lower Court Case:   **San Francisco County Superior Court, Dept. 22, No. 5423**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **March 6, 2007**, I served the attached

## INFORMAL RESPONSE TO THE PETITION FOR
## WRIT OF HABEAS CORPUS WITH EXHIBIT 1

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Francois P. Givens, T-86266**
**California Substance Abuse Treatment**
**Facility**
**P.O. Box 7100**
**Corcoran, CA 93212-7100**
*in pro per*

**Hon. James J. McBride**
**San Francisco County Superior Court**
**850 Bryant Street, Department 22**
**San Francisco, CA 94103**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **March 6, 2007**, at San Francisco, California.

| J. Baker | Baker |
|----------|-----------|
| Declarant | Signature |

20079045.wpd

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT, DIVISION TWO

| | |
|---|---|
| In re<br><br>**Francois P. Givens,**<br><br>Petitioner,<br><br>**On Habeas Corpus.** | A116196 |

Superior Court of California, County of San Francisco, No.
James J. McBride, Judge

## **DECLARATION OF RAELEEN PRUD'HOMME IN SUPPORT OF OPPOSITION TO WRIT OF HABEAS CORPUS.**

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

ANYA M. BINSACCA
Supervising Deputy Attorney General

PATRICIA WEBBER HEIM
Deputy Attorney General
State Bar No. 230889

455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5603
Fax: (415) 703-5843

Attorneys for Respondent

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT, DIVISION TWO

| | |
|---|---|
| In re<br><br>**Francois P. Givens,**<br><br>Petitioner,<br><br>**On Habeas Corpus.** | A116196 |

I, Raeleen Prud'Homme, declare:

1.    I am employed by the California Department of Corrections and Rehabilitation as a Correctional Case Records Manager.  I was trained as a Correctional Case Records Manager, Case Records Supervisor, and Case Records Analyst.  I have been employed by the Department of Corrections for seven years and I have worked at the Substance Abuse and Treatment Facility for twenty years.  My responsibilities include interpreting court commitment orders, decisions of the Board of Parole Hearings, and Narcotic Evaluation Authority decisions to calculate inmate parole and discharge dates, provide statistical data, and ensure compliance with statutes, case law, rules, and regulations on a daily basis.

2.    After reviewing Mr. Givens's central file, I determined that after Case Records received the amended abstract of judgment issued by the San Francisco County Superior Court in June 2006, reducing Mr. Givens's restitution from $600 to $200, an Analyst filled out CDC Form 1497: Inmate Restitution.  This form indicated the court imposed a $200 fine against Mr.

Givens, which was interpreted by the Restitution computer system as an additional fine against Mr. Givens. Although a separate form was filled out to cancel the original $600 fine, it was the wrong form, so the Restitution computer did not read it. Thus, the Restitution computer read the forms as imposing a new, separate $200 fine in addition to the original $600.

3.    Mr. Givens's central file is not due for a complete, comprehensive audit until 60 to 75 days before his earliest possible release date, which is currently calculated as August 4, 2008. Audits are performed by two separate Case Records Analysts. Any errors in Mr. Givens's restitution would have been discovered during the audit.

4.    Mr. Givens's restitution has been adjusted to reflect the proper amount of only $200. Because Mr. Givens had already paid $248.54, he has been refunded his overpayment of $48.54 as well as an administrative fee of $4.85, and now has a current available balance in his trust account of $53.39.

5.    I also noted in my review of Mr. Givens's central file that it does not appear that he filed an administrative appeal regarding his restitution overpayment, which would have alerted staff that there was a problem.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Dated: 2-22-07

Raeleen Prud'Homme, CCRM

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *In re Francois P. Givens, On Habeas Corpus*
Case No.:    **Court of Appeal, First Appellate District, Division Two, A116196**
Lower Court Case:   **San Francisco County Superior Court, Dept. 22, No. 5423**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **March 6, 2007**, I served the attached

### DECLARATION OF RAELEEN PRUD'HOMME IN SUPPORT OF OPPOSITION TO WRIT OF HABEAS CORPUS

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Francois P. Givens, T-86266**
**California Substance Abuse Treatment**
**Facility**
**P.O. Box 7100**
**Corcoran, CA 93212-7100**
*in pro per*

**Hon. James J. McBride**
**San Francisco County Superior Court**
**850 Bryant Street, Department 22**
**San Francisco, CA 94103**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **March 6, 2007**, at San Francisco, California.

J. Baker
Declarant

Signature

20079045.wpd

APPENDIX "H"

48

August 15, 2007
Re: In Absentia Written Request / CCR§3375(F)(3)(C)(2)
   I/M Givens # T-86266

   Title 15 of the California Code of Regulations (CCR) Section 3375(F)(3)(C)(2), provides,
in relevant part, that "[A]n in absentia (without inmate's presence) classification
hearing may be held....When the purpose of the hearing is to.... approve an action
requested in writing by an inmate" (Id.). On 8-13-07, Correctional Counselor
Villarial informed me that I fit the criteria for transfer to the California Rehabilitation
Center (CRC), which is in the Southern California area. All family and community
ties which are still maintained are in the Oakland/San Francisco,
Solano/Vacaville areas of Northern California. Accordingly, I request that CDCR
does not recommend my transfer to a prison in the Southern California area,
based on the following facts:

   1) I was initially housed on the B-yard facility at CSATF/SP on 7-21-03, where
I filed various grievances and legal actions addressing, among other issues, the
failure of CDCR to provide adequate medical care for ADA vision/mobility impairment
issues, mail mistreatment, denial of access to the law library, the unauthorized
confiscation of my legal materials and forcing me to either send them home or
discard them and retaliation against me by officers for filing grievances and
legal actions. While on the B-yard facility, Los Angeles area gang members
who claimed to be affiliated with an officer on that facility, threatened to kill
me and my entire family if I pursued litigation against that officer. Currently,
my opening brief addressing these issues in the "United States Court of
Appeals (9th Circuit Docket #07-16298) is due by August 28, 2007. Note- Internal
Affairs Sergeants Brian Kibler and J. Bear, as well as Central Division I.A
Chief Agent in Charge Gerry Negrete are aware of the complaints addressing
these issues submitted by myself and my family.

   2) While in Ad-Seg at CSATF/SP, on 12-7-05, (4) boxes of my legal
materials were placed in R&R at CSATF/SP for storage. After my placement
on the A-yard facility on 12-28-07, I would be informed by correctional
officers on the A-yard facility that they had verified that my legal materials
were not in R&R. Officers would not "find" my legal supplies until 1-26-06,
and I would not recieve access to my legal supplies until February, 2006.

which prevented me from filing petitions for rehearing of affirmation of my Criminal convictions. Upon my 7-26-06 transfer from Administrative Segregation at SQSP, back to the A-yard facility after appearing for resentencing of criminal conviction(s), my legal materials were not placed on the transfering bus, and I would not recieve access to those materials until 8-17-06, which had been rearrainged and placed in a different box.

3) Since being placed on the A-yard facility, I have experienced "problems" with certain officers who seemed to have prejudged me before my arrival, and who have openly displayed preferential treatment for inmates from the Los Angeles area. CDCR officer and staff overfamiliarity with inmates is also a subject to be addressed in the 9th Circuit case by 8-28-06, and was also discussed with I.A Sergeant Beair in April 2006.

4) Because of the harassment experienced on the A-yard facility, I am not opposed to transfer, however I am opposed to transfer to an institution in the Los Angeles/Southern California area. There is no assurance that my "reputation" will not proceed my arrival, causing other officers from the Los Angeles area to harbor hostilities toward me. I do not desire for my legal materials to again disappear, nor do I want to miss my 8-28-07 deadline in the 9th Circuit because I do not have access to my legal materials or a law library due to the proposed transfer.

For these reasons, I respectfully request not to be transfered to CRC, at this time.

X _____
Frances P. Givens #T-86216
CS.4TF/SP, A3-121W
P.O Box 5248
Corcoran, Ca. 93212

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

APPENDIX "I"

# TRUST ACCOUNT WITHDRAWAL ORDER

*5*

Date _November 16, 20 07_

To: Warden                              Approved _____

I hereby request that my Trust Account be charged $ _11.80_ for the purpose stated below and authorize the withdrawal of that sum from my account:

_T-86266_
_____
NUMBER

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

PURPOSE _Mail Out_
_(Legal Mail boxes) Box1 of6_

_____
NAME (Signature please, DO NOT PRINT)

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

NAME _____ Sonnie J. Franklin

ADDRESS _4046 Whispering Quail Ct

_____ Las Vegas, NV 89122

_____
_Frances P. Givens_
PRINT YOUR FULL NAME HERE

---

STATE OF CALIFORNIA
CDC - 193 (1/88)

DEPARTMENT OF CORRECTIONS

# TRUST ACCOUNT WITHDRAWAL ORDER

Date _November 16, 20 07_

To: Warden                              Approved _____

I hereby request that my Trust Account be charged $ _11.80_ for the purpose stated below and authorize the withdrawal of that sum from my account:

_T-86266_
_____
NUMBER

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

PURPOSE _Mail Out_
_(Legal Mail boxes) Box 2 of6_

_____
NAME (Signature please, DO NOT PRINT)

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

NAME _____ Sonnie J. Franklin

ADDRESS _4046 Whispering Quail Ct

_____ Las Vegas, NV, 89122

_____
_Frances P. Givens_
PRINT YOUR FULL NAME HERE

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

CDC - 193 (1/88)

# TRUST ACCOUNT WITHDRAWAL ORDER

Date _November 16_ 20 _07_

To: Warden                    Approved _____

I hereby request that my Trust Account be charged $ _11.50_ for the purpose stated below and authorize
the withdrawal of that sum from my account:

_T-86266_
_____
NUMBER

NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested
(do not use this form for Canteen or Hobby purchase).

PURPOSE _Mail Out_
_(Legal Mail boxes) Box 3 of 6_

PRINT PLAINLY BELOW name and address of person
to whom check is to be mailed.

NAME _Sonnie J Franklin_

ADDRESS _4046 Whispering Quail Ct_
_Las Vegas, NV 89122_

_Francis P Givens_
PRINT YOUR FULL NAME HERE

---

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

CDC - 193 (1/88)

# TRUST ACCOUNT WITHDRAWAL ORDER

Date _November 16_ 20 _07_

To: Warden                    Approved _____

I hereby request that my Trust Account be charged $ _15.53_ for the purpose stated below and authorize
the withdrawal of that sum from my account:

_T-86266_
_____
NUMBER

NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested
(do not use this form for Canteen or Hobby purchase).

PURPOSE _Mail Out_
_(Legal Mail boxes) Box 4 of 6_

PRINT PLAINLY BELOW name and address of person
to whom check is to be mailed.

NAME _Sonnie J. Franklin_

ADDRESS _4046 Whispering Quail Ct_
_Las Vegas, NV, 89122_

_Francis P Givens_
PRINT YOUR FULL NAME HERE

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
CDC - 193 (1/88)

# TRUST ACCOUNT WITHDRAWAL ORDER

Date _November 16_ 20_07_

To: Warden                    Approved _MG_

I hereby request that my Trust Account be charged $ _12_ for the purpose stated below and authorize
the withdrawal of that sum from my account:

_T-86266_
                NUMBER

_____
NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested
(do not use this form for Canteen or Hobby purchase).

PURPOSE _Mail Out_
_(Legal Mail boxes) Box 6 of 6_

PRINT PLAINLY BELOW name and address of person
to whom check is to be mailed.

NAME _Sonnie J. Franklin_

ADDRESS _4046 Whispering Quail Ct_
_Las Vegas, Nv, 89122_

_Francois P. Givens_
PRINT YOUR FULL NAME HERE

---

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
CDC - 193 (1/88)

# TRUST ACCOUNT WITHDRAWAL ORDER

Date _November 16_ 20_07_

To: Warden                    Approved _MG_

I hereby request that my Trust Account be charged $ _12 30_ for the purpose stated below and authorize
the withdrawal of that sum from my account:

_T-86266_
                NUMBER

_____
NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested
(do not use this form for Canteen or Hobby purchase).

PURPOSE _Mail Out_
_(Legal Mail boxes) Box 5 of 6_

PRINT PLAINLY BELOW name and address of person
to whom check is to be mailed.

NAME _Sonnie J. Franklin_

ADDRESS _4046 Whispering Quail Ct_
_Las Vegas, Nv, 89122_

_Francois P. Givens_
PRINT YOUR FULL NAME HERE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

APPENDIX "J"

REPORT DATE: 08/15/07
PAGE NO.        1

CALIFORNIA DEPARTMENT OF CORRECTIONS
FACILITY AT CORCORAN
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 01, 2007 THRU AUG. 15, 2007

ACCOUNT NUMBER : T8625_                BED/CELL NUMBER: FAWST1000000121U
ACCOUNT NAME   : SIMERL, FRANKLIN PHILLIP       ACCOUNT TYPE  I
PRIVILEGE GROUP: E

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | CURRENT | HOLD AMOUNT |
|---|---|---|---|---|
| 7/23/2007 | H115 | LEGAL COPIES HOLD | 0459/07-19 | 0.60 |
| 7/23/2007 | H114 | COPAY FEE, MED. | 468/049460 | 5.00 |
| 8/01/2007 | H116 | LEGAL COPIES HOLD | 0593/07-22 | 0.30 |
| 8/09/2007 | H116 | LEGAL COPIES HOLD | 0749/06-02 | 45.20 |
| 8/09/2007 | H109 | LEGAL POSTAGE HOLD | 0750/08-01 | 4.60 |
| 8/09/2007 | H109 | LEGAL POSTAGE HOLD | 0750/08-01 | 4.60 |
| 8/09/2007 | H109 | LEGAL POSTAGE HOLD | 0750/08-01 | 4.60 |
| 8/09/2007 | H109 | LEGAL POSTAGE HOLD | 0750/08-01 | 4.60 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 69.50 | 0.00 |

CURRENT
AVAILABLE
BALANCE

69.50-

REPORT ID: TS3030      TS1      CALIFORNIA DEPARTMENT OF CORRECTIONS      REPORT DATE: 10-16-07
PAGE NO:

CALIFORNIA REHABILITATION CENTER
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 01, 2007 THRU SEP. 30, 2007

ACCOUNT NUMBER : T54083      BED/CELL NUMBER: R13M0000000000B000701L
ACCOUNT NAME : GENERAL ACCOUNT ACTIVITY
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSIT | WITHDRAWAL | BALANCE |
|------|-----------|-------------|---------|-----------|---------|------------|---------|

7/01/2007   BEGINNING BALANCE                                                                0.00

9/17  D300  CASH DEPOSIT      TRUST 0213
9/17  D300  CASH DEPOSIT      TRUST 0213
9/18  W502  POSTAGE CHARG  LEGAL 0092
9/18  W502  POSTAGE CHARG  LEGAL 0092
9/25  F002  DRAW-FAC 2        DED DRAW
9/25  W502  POSTAGE CHARG  LEGAL 0961
9/25  W502  POSTAGE CHARG  LEGAL 0961
9/25  W502  POSTAGE CHARG  LEGAL 0961
0/01  W502  POSTAGE CHARG  PSTG  0981
0/01  W502  POSTAGE CHARG  PSTG  0981

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00 | 325.00 | 67.15 | 257.85 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---------------------------|
| 257.85 |

REPORT DATE: 12/19/07
PAGE NO: 2

CALIF. REHABILITATION CENTER
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUN. 01, 2007 THRU DEC. 19, 2007

ACCT: T86266    ACCT NAME: GIVENS, FRANCOIS POITIER    ACCT TYPE: I

* RESTITUTION ACCOUNT ACTIVITY *

DATE SENTENCED: 06/16/06
COUNTY CODE: SF

CASE NUMBER: 184987A
FINE AMOUNT: 200.00

| DATE | TRANS | TRANS | DESCRIPTION | TRANS. AMT | BALANCE |
|------|-------|-------|-------------|------------|---------|
| 06/01/2007 | | | BEGINNING BALANCE | | 200.00 |
| 10/18/07 | DR30 | | REST DED-CASH DEPOSIT | 37.50- | 162.50 |
| 11/10/07 | DR30 | | REST DED-CASH DEPOSIT | 50.00- | 112.50 |
| 12/07/07 | VR54 | | RESTITUTION DEDUCTION-SUPPORT | 5.04- | 107.46 |
| 12/07/07 | DR30 | | REST DED-CASH DEPOSIT | 50.00- | 57.46 |

*- THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00 | 453.29 | 364.11 | 89.18 | 89.00 | 0.00 |

CURRENT AVAILABLE BALANCE
0.18

57

REPORT ... 

CALIFORNIA DEPARTMENT OF CORRECTIONS
... REHABILITATION CENTER
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

REPORT DATE: 01/10/08
PAGE NO:  1

58

FOR THE PERIOD: OCT. 01, 2007 THRU JAN. 10, 2008

ACCOUNT NUMBER : T66166                          BED/CELL NUMBER : A 0500000000001U
ACCOUNT NAME   : GIVENS  FRANCOIS POITIER        ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 10/01/2007 | | BEGINNING BALANCE | | | | | 267.15 |
| 10/01 | W508 | POSTAGE CHARG | PSTG  098? | | | 1.99 | 265.16 |
| 10/01 | W508 | POSTAGE CHARG | ???? ?08? | | | 1.31 | 257.85 |
| 10/16 | FC02 | DRAW-FAC 2 | 2NC DRAW | | | 50.00 | 207.85 |
| 10/16 | FR01 | CANTEEN RETUR | ?01166 | | | 3.15- | 211.00 |
| 10/1?4 | DD30 | CASH DEPOSIT | CT  A475 | | 33.75 | | 244.75 |
| 10/2? | W508 | POSTAGE CHARG | LEGAL 1719 | | | 2.60 | 242.15 |
| 11/14* | DD30 | CASH DEPOSIT | M/CT  9050 | | 45.00 | | 287.15 |
| 11/19 | FC02 | DRAW-FAC 2 | 3RD DRAW | | | 85.00 | 202.15 |
| 11/21 | W508 | POSTAGE CHARG | POSTGE1584 | | | 11.86 | 190.29 |
| 11/21 | W508 | POSTAGE CHARG | POSTGE1584 | | | 11.86 | 178.43 |
| 11/21 | W508 | POSTAGE CHARG | POSTGE1584 | | | 11.86 | 166.57 |
| 11/21 | W508 | POSTAGE CHARG | POSTGE1584 | | | 15.53 | 151.04 |
| 11/21 | W508 | POSTAGE CHARG | POSTGE1584 | | | 12.30 | 138.74 |
| 11/21 | W508 | POSTAGE CHARG | POSTGE1584 | | | 12.10 | 126.64 |
| 11/21 | W508 | POSTAGE CHARG | LEGAL11/15 | | | 7.80 | 118.84 |
| 11/21 | W516 | LEGAL COPY CH | LEGAL 11/9 | | | 2.00 | 116.84 |
| 11/21 | W516 | LEGAL COPY CH | LEGAL11/20 | | | 11.50 | 105.34 |
| 12/07 | W508 | POSTAGE CHARG | LEGAL11/04 | | | 5.30 | 100.04 |
| 12/07* | VD54 | INMATE PAYROL | FAC4 11/07 | | 4.54 | | 104.58 |
| 12/07* | DD30 | CASH DEPOSIT | CT   9145 | | 45.00 | | 149.58 |
| 12/13 | W515 | COPY CHARGE | COPIES1812 | | | 44.40 | 105.18 |
| 12/18 | FC02 | DRAW-FAC 2 | 3RD DRAW | | | 16.00 | 89.18 |
| 12/24* | DD30 | CASH DEPOSIT | CT  X5261 | | 27.00 | | 116.18 |
| | | ACTIVITY FOR 2008 | | | | | |
| 1/07* | VD54 | INMATE PAYROL | FAC4 12/07 | | 4.76 | | 120.94 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 12/07/2007 | H102 | EYEGLASSES HOLD | EYEGLSS1740 | 89.00 |

REPORT ID:                                          REPORT DATE: 01/10/08
                                                         PAGE NO:       2
                        CALIF. REHABILITATION CENTER
                        INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: OCT. 01, 2007 THRU JAN. 10, 2008

                                                                    59

ACCT    T66206     ACCT NAME: GIVENS, FRANCOIS POITIER      ACCT TYPE: I

                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 06/16/06                    CASE NUMBER: 1849974
COUNTY CODE: SF                             FINE AMOUNT: $    200.00

 DATE      TRANS     DESCRIPTION                     TRANS. AMT      BALANCE
--------   ------    -----------                     ----------      -------

0/01/2007   BEGINNING BALANCE                                         200.00

0/18/07    DR30     REST DED-CASH DEPOSIT             37.50-          162.50
1/14/07    DR30     REST DED-CASH DEPOSIT             50.00-          112.50
2/07/07    VR54     RESTITUTION DEDUCTION-SUPPORT      5.04-          107.46
2/07/07    DR30     REST DED-CASH DEPOSIT             50.00-           57.46
2/24/07    DR30     REST DED-CASH DEPOSIT             30.00-           27.46
1/07/08    VR54     RESTITUTION DEDUCTION-SUPPORT      5.28-           22.18

        * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
        * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *

                        TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 261.15            | 160.05         | 300.26            | 120.94          | 89.00         | 0.00                      |

                                                        CURRENT
                                                       AVAILABLE
                                                        BALANCE
                                                       ---------
                                                         31.94
                                                       ---------

TS210B

CALIFORNIA DEPARTMENT OF CORRECTIONS
ITAS TRUST ACCOUNT DISPLAY

--------------- ACCOUNT INFORMATION --------------- ------ SPECIAL ITEMS -------

```
ACCOUNT  NUMBER:  T86266
   ACCOUNT  NAME:  GIVENS, FRANCOIS  POITIER
   ACCOUNT  TYPE:  I
CURRENT BALANCE:      105.15
   HOLD BALANCE:       89.00
ENCUM. BALANCE:        0.00
     AVAILABLE:       16.15
PRIVILEGE GROUP:  A
  LAST CANTEEN:  01/22/2008
```

160

------------------------------------- RESTITUTION FINES ------------------------------------- RS403A

| CASE NUMBER | DATE SENTENCED | COUNTY CODE | FINE AMOUNT | BALANCE | STATUS |
|---|---|---|---|---|---|
| 184987 | 12/20/2002 | SF | 200.00 | 0.00 | P |
| 184987A | 06/16/2006 | SF | 200.00 | 0.00 | F |

TO VIEW REST. XACTS, PLACE AN 'X' NEXT TO CASE #. AND PRESS F1

| REST | ACCOUNT | | DISPLAY | SELECT | PRINT | ITAS |
| XACTS | DISPLAY | | HOLDS | NEW ACCT | SCREEN | MENU |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPENDIX "K"

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
California Rehabilitation Center
PO Box 1841
Norco, CA 92860



## DECLARATION OF CUSTODIAN OF RECORDS

I, Lonie Hansen, Correctional Counselor II, declare as follows:

I am a Litigation Coordinator employed by the California Department of Corrections and Rehabilitation at the California Rehabilitation Center in Norco, California. In this capacity, I am the duly authorized custodian of records maintained on inmates committed to the custody of the California Department of Corrections and Rehabilitation and housed at this institution.

A Central File is maintained on each inmate housed in the California Department of Corrections and Rehabilitation. The file is maintained by the Records Office at each institution housing the inmate and is transferred with the inmate to any other institution. The documents and entries in the documents pertaining to an inmate are prepared at or near the time of their occurrence by persons with knowledge of the circumstances or events. The documents attached hereto are true and correct copies of documents from the file of Inmate Poitier T-86266Givens maintained in the regular course of business by the California Department of Corrections and Rehabilitation at this institution.

I declare under penalty of perjury that I am competent to testify as a witness and that the foregoing is true and correct, based on my personal knowledge. Except for those statements based on information and belief and as to those statements I believe them to be true, and that if called as a witness, I would so testify.

Executed on January 4, 2008, 2008, at Norco, California.


Litigation Coordinator

NAME: **GIVENS**                     CDC #: **T86266**          HOUSING: **408-1U**          CDC 128-B (Rev. 4/74)

Inmate Givens is complaining he is being denied his right to legal copies. Infact, Givens isn't following the established procedure; notify the dorm C/O who will then call the CCI, who will respond as soon as possible. Givens claims to have submitted multiple inmate request forms and received no response; to have seen the CCI in the unit who avoids going to the doorm. Thees alliegations are not true. Inmate givens has been counseled for this behavior: False alleigations towards staff, and is aware of this documentation.

CCI   J. Shepherd

DATE: **1/30/2008**                                              GENERAL CHRONO