EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
D. ROBERT DUNCAN, State Bar No. 161918
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5739
 Fax: (415) 703-5843
 Email: Robert.Duncan@doj.ca.gov

Attorneys for Defendants Nollette and Tilton

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>                                    Plaintiff,<br><br>v.<br><br>JAMES TILTON, et al.,<br><br>                                    Defendants. | C 07-3575 MJJ (PR)<br><br>**DECLARATION OF R. DUNCAN IN SUPPORT OF REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STAY DISCOVERY** |

I, Robert Duncan, declare and state:

1. I am employed by the Office of the California Attorney General as a Deputy Attorney General and represent Defendants Nollette and Tilton (Defendants) in this action.

2. On March 3, 2008, the Office of the California Attorney General served Defendant Nollette's responses to Givens's Written Interrogatories by mail to Givens at the California Rehabilitation Center. Attached as Exhibit A is a true and correct copy of Sergeant Nollette's discovery responses with proof of service.

3. On March 3, 2008, the Office of the Attorney General received Givens's Request for

Decl. Duncan Supp. Reply Pl.'s Opp'n Defs.' Mot. Stay Disc.     F. Givens v. J. Tilton, et al.
                                                                                                      C 07-3575 MJJ (PR)

1

1  Production of Documents, and a Request for Mental Examination and Appointment of Expert
2  Witness that appear to have been mailed on February 28, 2008. Attached as Exhibit B and C are
3  true and correct copies of the Request for Production of Documents, and the Request for Mental
4  Examination and Appointment of Expert Witness.

5      4.  On March 7, 2008, the Office of the Attorney General received Givens's Request for
6  Admissions for James Tilton that appears to have been mailed on March 4, 2008. Attached as
7  Exhibit D is a true and correct copy of the Request for Admissions.

8      5.  None of the discovery is relevant to the issue of whether Givens exhausted his
9  administrative remedies before filing suit.

11      I declare under penalty of perjury that the foregoing is true and correct. Executed
12  March 27, 2008, at San Francisco, California.

*[signature]*
ROBERT DUNCAN
Deputy Attorney General

23  40233348.wpd
24  SF2007200722

Decl. Duncan Supp. Reply Pl.'s Opp'n Defs.' Mot. Stay Disc.    *F. Givens v. J. Tilton, et al.*
C 07-3575 MJJ (PR)

2