# EXHIBIT B

Francois P. Givens, #T-86266
California Rehabilitation Center
P.O. Box 3535
Norco, Ca., 92860
Plaintiff, In Pro Se.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCOIS P. GIVENS,                ) Case No: C07-3575 MJJ (PR)
    Plaintiff,                     ) REQUEST FOR PRODUCTION OF DOCUMENTS AND
v.                                 ) THINGS
JAMES TILTON, et al.,              ) JAMES TILTON (Set 2)
    Defendants.                    ) (FRCivP 34(a),(b))

To: JAMES TILTON - Secretary, CDCR

Pursuant to Federal Rule of Civil Procedure 34(a) and (b), Plaintiff, FRancois P. Givens, does request production of the following item or item categories within (30) days of receipt of this document. The Office of the Secretary for CDCR should appoint appropriate custodian of records to produce requests items, in accordance with Federal Rules of Civil Procedure.

Item 1: The current contract established between CDCR and Mental Health Services (MHS), giving MHS authority to provide Substance Abuse Programs (SAP) within CDCR, in accordance with Title 15 of the California Code of Regulations (CCR)§3040.1

//
Request For Production/James Tilton (Set 2)   - 1 of 2 -
ND Cal C07-3575 MJJ

1  **Item 2:** The current contract established between Inland Star and MHS or SASCA, which authorizes
2  Inland Star to establish and provide a "theraputic community" SAP program on Facility IV at the
3  California Rehabilitation Center (CRC).
4
5  **Group Item 3:** All contracts, consent forms, releases, evaluations, etc., which Inland Star requires
6  participants to sign in order to participate in the "theraputic community" established by Inland
7  Star on Facility IV at CRC.
8
9  **Group Item 4:** The names of all persons employed by Inland Star on Facility IV at CRC who are
10 licensed to practice psychotherapy type activities, as defined by California Evidence Code Section
11 1010.
12
13 **Item 5:** Senate Bill 1137 (§8, amended Stats.2006, c 63), or any other provision of law which
14 requires participants in the "theraputic community" on Facility IV at CRC to be placed in a drug
15 treatment program upon their release from prison as mandated conditions of parole.
16
17 Date: 2-24-08                                              X _____
18                                                             Francois P. Givens, #T-86266
                                                              Plaintiff, In Pro Se.

Request For Production/James Tilton (Set2)   - 2 of 2 -
ND Cal C07-3575 MJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GIVENS v. TILTON, et al.,
C07-3575 MJJ

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify under penalty of perjury by the laws of the United States that all information presented in this certificate of service is to the best of my knowledge, TRUE and ACCURATE.

I am an adult citizen of the United States, currently residing in the county of CLARK, Nv. On this day, I did personally place either original or exact copies of the following document:

a) Request For Production of Documents and Things - James Tilton (Set2)

in envelopes with sufficient postage, addressed as follows:

1) CDCR
   James Tilton - Secretary
   P.O. Box 942883
   Sacramento, Ca., 94283-0001

2) Office of the Attorney General
   Edmund G. Brown, Jr., Attorney General
   P.O. Box 944255
   Sacramento, Ca., 94244-2550

3) Office of the Attorney General
   D.Robert Duncan - Deputy Attorney General
   455 Golden Gate Ave., Suite#11000
   San Francisco, Ca., 94102

4) Francois P. Givens, #T-86266
   CRC 408 / 1Up
   P.O. Box 3535
   Norco, Ca., 92860
   [original]

These envelopes were placed in an official US mail depository in the City of LAS VEGAS, NEVADA on this day.

SWORN TRUE ON THIS 28 DAY OF FEBUARY ,2008 IN LAS VEGAS NEVADA.

X /s/ Sonnie J. Franklin
Sonnie J. Franklin
4046 Whispering Quail Ct.
Las Vegas, Nv., 89122