# EXHIBIT D

1  Francois P. Givens,#T-86266
   California Rehabilitation Center
2  P.O. Box 3535
   Norco, Ca., 92860
3  Plaintiff, In Pro Se.

4

5

6

7

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

11 FRANCOIS P. GIVENS              ) Case No: C07-3575 MJJ(PR)

12    Plaintiff,                   ) REQUEST FOR ADMISSIONS

13 v.                              ) JAMES TILTON, Secretary-CDCR,

14 JAMES TILTON, Secretary - CDCR, et al., ) (Set 2)

15    Defendants.                  )

16

17 To: James Tilton, Secretary - CDCR;

18    Pursuant to Federal Rule of Civil Procedure (FRCivP) 36(a), a party may serve upon any other

19 party a written request for the admission, for t purpose of the pending action only, of the truth

20 of any matters within the scope of Rule 26(b)(1) set forth in the request that relate to statements

21 or opinions of fact or of the application of law to fact, including the genuineness of any documents

22 described in the request (Id).

23    Each matter of which admission is requested shall be separately set forth. The matter is

24 admitted unless, within 30 days after service of the request,...the party to whom the request

25 is directed serves upon the party requesting the admission a written answer or objection addressed

26 to the matter, signed by the party or the party's attorney. If objection is made, the reasons

27 therefore shall be stated...An answering party may not give lack of information or knowledge as

28 a reason for failure to admit or deny unless the party states that the party has made reasonable
   Request For Admissions/James Tilton (Set 2)   - 1 of 4 -
   ND Cal C07-3575 MJJ

1  inquiry and that the information known or readily obtainable by the party is insufficient to enable
2  the party to admit or deny...If the court determines that an answer does not comply with the
3  requirements of this rule, it may order either that the matter is admitted or that an admitted
4  answer be served (Id). Any matter admitted under this rule is conclusively established (FRCivP
5  36(b)).

   Plaintiff, Francois P. Givens, does hereby request that CDCR Secretary James Tilton provides
answers to the following admissions within (30) days of this request, for matters which are
relevant to matters pending in the Northern District Federal Court:

Admission 1: CDCR has contracted Mental Health Systems, Incorporated (MHS) to provide services for substance abuse programs (SAP) established at various prisons within the prison system.

Admission 2: Sometime after January 1, 2007, CDCR did establish a men's substance abuse program (SAP) on the Special Needs Yard (SNY Facility IV) at the California Rehabilitation Center (CRC).

Admission 3: Inland Star (Corporation) is a subdivision, subsidiary or subcontractor for MHS and operates the Therapeutic Community (TC) on Facility IV at CRC.

Admission 4: Facility IV at CRC was converted from a woman's facility to a men's facility sometime between May 2007 and August 2007.

Admission 5: In or around October 2007, prisoners at Facility IV were assigned for participation in the TC operated by Inland Star on the facility.

Admission 6: From October 2007 through January 2008, the TC on Facility IV operated without a dedicated Program Manager, whose primary job function was to ensure proper program administration and implementation of services offered by Inland Star.

Admission 7: The TC on Facility IV uses behavior modification techniques for the treatment of chemical dependency issues by teaching participants to live in a community-type setting (see Attached pages 6-10).

Admission 8: The TC on Facility IV requires all participants to sign a "consent to services" agreement.

Admission 9: The TC on Facility IV requires all participants to sign a "release of information" form which authorizes independent corporation "SASCA" to disclose confidential information contained within participant case records to various agencies.

Admission 10: The TC on Facility IV requires all participants to sign a "Recovery Services Plan", created by Inland Star "Demonstrators", who are not licensed psycho-therapists, and such Recovery Service Plans deal directly with psychological and sociological dysfunction of participants.

//

Request For Admissions/James Tilton (Set 2)    - 2 of 4 -
ND Cal C07-3575 MJJ

Admission 11: Title 15 of the California Code of Regulation (CCR)§3040.1(a) states, "[P]risons may establish substance abuse programs (SAP) as work/training incentive assignments to provide education, work and other program activities. An SAP is not intended to provide medical or mental health treatment. Available services and duration of programs may vary, depending upon each participating prison's security needs and space availability".

Admission 12: Placement in a SAP may be voluntary or involuntary.

Admission 13: According to current Facility IV Inland Star Program Manager Chris Wellington, a participant who refuses to sign the "consent to services" form, "release of information" agreement or the "Recovery Services Plan" is subject to the methods of discipline defined in Title 15, CCR§3312.

Admission 14: The attached (11) pages are true and accurate depictions of portions of the "Introduction Packet" given to program participants on Facility IV by Inland Star in October 2007.

Admission 15: The TC uses Oxford Group Central assumptions to instill in SAP participants that: (1) Men are sinners; (2) Men can be changed; (3) Confession is a pre-requisite to change; (4) The changed soul has direct access to God; (5) The age of miracles has returned; and (6) Those who have made changes must change others (see Attached pg 11).

Admission 16: The TC uses "group punishment" techniques to instill within program participants that while in CDCR and SAP, they are their brother's keeper (see Attached pg 10).

Admission 17: According to INland Star Program Manager Chris Wellington, participants who do participate in all aspects of TC are subject to the disciplinary methods defined within Title 15, CCR§3312.

Admission 18: The building which houses the TC/SAP on Facility IV at CRC is located in an open access recreation area where prisoners who are not SAP participants have routine access to the outside physical structure of the building.

Admission 19: Sometime in February 2007, SAP participants were confined to their quarters, and placed on "bunk status only", without the use of telephones, because an unknown prisoner who may or may not have been a SAP participant, tampered with the locks on the TC/SAP building.

Admission 20: TC/SAP participants on Facility IV are required to parole to drug treatment after care programs upon their release from prison as mandatory conditions of parole (MCOP).

Date: March 1, 2008

Respectfully submitted,

X _____
François P. Givens, #T-86266
Plaintiff, In Pro Se.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GIVENS v. TILTON, et al.,
C07-3575 MJJ

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify under penalty of perjury by the laws of the United States that all information presented in this certificate of service is, to the best of my knowledge, TRUE and ACCURATE.

I am an adult citizen of the United States currently incarcerated at the CRC in Norco, Ca. On this day, I did personally place either original or exact copies of the follwing document:

a) Request For Admissions James Tilton Secretary CDCR, (Set2)  w/attachment

in envelopes with sufficient postage [or without postage for hand delievery] addressed as follows

1) Office of the Attoreny General
Edmund G. Brown,Jr., Attorney General
P.O. Box 944255
Sacramento, Ca., 94244-2550

2) Office of the Attorney General
D.Robert Duncan, D.A.G
455 Golden Gate Ave., Suite#11000
San FRancisco, Ca., 94102

3) Chris Wellington - Program Manager
Inland Star SAP Program
CRC P.O. Box 1841
Norco, Ca., 92860
[personal hand delievery]

4) On File.

These envelopes were either served directly on the person whom addressed or responsible person at their place of business, or given to a correctional officer at CRC to log and process as outgoing legal mail in accordance with mail procedures established at the institution on this day.

SWORN TRUE ON THIS 4th DAY OF March ,2008 IN NORCO, CALIFORNIA.

X _____
Francois P. Givens,#T-86266
CRC
P.O. Box 3535
Norco, Ca., 92860
Plaintiff, In Pro Se.

Request For Admissions/James Tilton (Set 2)    - 4 of 4 -
ND Cal C07-3575 MJJ