Francois P. Givens, #T-86266
California Rehabilitation Center
P.O. Box 3535
Norco, Ca., 92860

FILED
08 MAR 27 PM 2:02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

N/C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCOIS P. GIVENS,                     ) Case No: C07-3575 MJJ (PR)
                                        )
    Plaintiff,                          ) REQUEST FOR ENLARGEMENT OF TIME TO FILE REPLY
                                        )
v.                                      ) TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S REQUEST
                                        )
JAMES TILTON, Secretary-CDCR, et al.,   ) TO AMEND COMPLAINT
                                        )
    Defendants.                         ) (Civil L.R. 6-3)

To: THE HONORABLE JUDGE MARTIN J. JENKINS - NORTHERN DISTRICT OF CALIFORNIA

    Plaintiff, Francois P. Givens does hereby request an enlargement of (30) days (April 24, 2008) in which to file his reply to Defendant's opposition to his request to amend the initial complaint in this action, based on the following facts:

    1) On 2-18-08, Plaintiff did submit opposition to Defendant's motion to dismiss the operative complaint in this action, while also submitting a request to file and proposed First Amended complaint

    2) On 3-9-08, Plaintiff submitted a request to his counselor and Defendant in First Amended complaint, J.Sheppard, in order to obtain copies of the opening brief for CA9 #08-15093, an appeal of ED Cal#CV-F04-6288 AWI DLB -P, GIVENS v. ADAMS, et al., in which Plaintiff alleged retaliatory constitutional deprivations by CDCR, similar to those raised within the operative and First Amended complaint for this action;

Request For Extension to Reply to Opposition to Amend Complaint   - 1 of 3 -
ND Cal C07-3575 MJJ (PR)

3) On 3-13-08, a memorandum was issued by CRC Facilty IV Correctional Counselor II S.Verdugo, stating that Sheppard was no longer responsible for Plaintiff's Housing Unit (#408), and that she would handle the unit temporarily until permanent staff was assigned;

4) On 3-14-08, Verdugo alerted Unit#408 officer that she would be able to authorize copies for the Plaintiff on 3-17-08;

5) ON 3-17-08, Facilty IV Captain Welch informed Plaintiff that Verdugo was on bereavement leave during the week of the 17th, and on vacation during the week on the 24th. Captain Welch contacted Counselor Ward at that time who authorized copies, however, no one was available to allow Plaintiff access to the facility copy machine in the Program Office on that day;

6) ON 3-18-08 at 7:15 a.m., Unit #408 Officer J.Jones informed Plaintiff that Facility IV Sgt. Morales stated that Plaintiff could not obtain copies from his office unless Sheppard escorted Plaintiff to do so;

7) On 3-18-08 at 9:20 a.m., Plaintiff called Defendant's attorney for this action, D.Robert Duncan, who stated that he would contact CRC Litigation Coordinator / Defendant Lonie Hansen about the copy situation for Plaintiff. Plaintiff's father, Edmond W. Givens would also fax Duncan on that day, with the same information. On this day, Plaintiff received Defendant's opposition to his request to amend the operative complaint for this action.

Because of these facts, Plaintiff is unsure as to when he may actually receive copies of any documents. Also, since Plaintiff is a novice pro se litigant, he requires an extension to access the Facility IV law library to perform research. The law library only allows access for (2) law library users at a time, and during program modifications, custody does not allow Priority Legal User access to the law library, or at least not as of date of this request. In addition to an extension of time, Plaintiff also requests that this Court intervenes by contacting the Office of the Attorney General and CRC Litigation Coordinator to resolve situation regarding legal copies.

Date:_____                                      X_____
                                                          Francois P. Givens,#T-86266
                                                          Plaintiff, In Pro Se.

Request For Extension to Reply to Opposition to Amend Complaint   - 2 of 3 -
ND Cal C07-3575 MJJ (PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GIVENS v. TILTON, et al.,
C07-3575 MJJ (PR)

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify under penalty of perjury by the laws of the United States that all information presented in this certificate of service is, to the best of my knowledge, TRUE and ACCURATE.

I am an adult citizen of the United States currently incarcerated at the CRC in Norco, Ca. On this day, I did personally place either original or exact copies of the following document:

a) Request for enlargement of time to file reply to Defendant's opposition to Plaintiff's opposition to Plaintiff's request to amend complaint;

in envelopes with sufficient postage, addressed as follows:

1) Office of the Clerk
US District Court (ND Cal)
450 Golden Gate Ave.
San Francisco, Ca., 94102

2) Office of the Attorney General
D.Robert Duncan – D.A.G
455 Golden Gate Ave., Suite#11000
San Francisco, Ca., 94102

These envelopes were given to a correctional officer to log and process as outgoing legal mail in accordance with mail procedures established at the institution, on this day.

SWORN TRUE ON THIS 19th DAY OF March, 2008 IN NORCO, CALIFORNIA.

X _____
Francois P. Givens,#T-86266
CRC
P.O. Box 3535
Norco, Ca., 92860
Plaintiff, In Pro Se.

Request For Extension to Reply to Opposition to Amend Complaint    – 3 of 3 –
ND Cal C07-3575 MJJ (PR)