Francois P. Givens, #T-86266
California Rehabilitation Center
P.O. Box 3535
Narco, Ca., 92860
Plaintiff, In Pro Se.

RECEIVED
08 APR 30 PM 1:36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS, | ) Case No: C07-3575 MHP |
| Plaintiff, | ) [Proposed] TEMPORARY RESTRAINING ORDER |
| v. | ) TRO |
| JAMES TILTON, Secretary-CDCR, et al., | ) |
| Defendants. | ) |

It is HEREBY ORDERED that:

1) Defendant California Department of Corrections and Rehabilitation (CDCR) shall refrain from removing, threatening to remove, or causing the indirect removal of any documentary evidence or associated legal materials from Plaintiff's actual posession, which is related to this or any other action pending in State or Federal courts.

2) In addition, Defendants will take all reasonable steps necessary to ensure that Plaintiff retains access to all legal materials currently in Plaintiff's living quarters, and does not bar Plaintiff from procuring additional materials which may be related to any pending State or Federal court actions.

Date:_____          X_____
                                Honorable Marilyn H. Patel
                                Chief District Judge
                                Northern District of California

Temporary Restraining Order
ND Cal C07-3575 MHP