Francois P. Givens, #T-86266
California Rehabilitation Center
P.O. Box 3535
Norco, Ca., 92860
Plaintiff, In Pro Se.

FILED
08 APR 30 PM 1:35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCOIS P. GIVENS,                 ) Case No: C07-3575 MHP
                                    )
    Plaintiff,                      ) REQUEST FOR EMERGENCY STAY AND NOTICE OF
                                    )
v.                                  ) SUBMITTED MOTION (Civil L.R 7-13).
                                    )
JAMES TILTON, Secretary, CDCR, et al., )
                                    )
    Defendants.                     )

To: THE HONORABLE MARILYN M. PATEL - CHIEF DISTRICT JUDGE - NORTHERN DISTRICT OF CALIFORNIA

   Plaintiff, Francois P. Givens, does hereby request, in this Court's inherent powers to manage it's own dockets, an emergency stay of all proceedings currently pending in this district, which includes this action, as well as C07-1448 MHP and C06-2505 MJJ. This request is based on:

   1) On 4-24-08, Plaintiff was evaluated by CDCR psychologist Dr. Griffin, who informed Plaintiff that she believed he should be placed within CDCR's Mental Health Care system, based on, inter alia, Plaintiff's perception of cognizable retaliation claims in this action constitute an unreasonable personalization of the facts presented in this case.

   Plaintiff also gives notice, pursuant to Civil L.R 7-13, of his 2-24-08 submitted "Request For Mental Examination and Appointment of Expert Witness", requesting that this Court expedites consideration of the request, in order for this Court to consider impartial psychological evidence pertaining to Plaintiff's mental health, as well as that of Defendant Nollette. Plaintiff seeks

Request For Stay/Notice of Motion         - 1 of 3 -
ND Cal C07-3575 MHP

1 | emergency stay until this Court can make a determination regarding Plaintiff's mental stability,
2 | as as to whether all retaliation claims filed in this Court by Plaintiff should be considered
3 | frivolous and without any merit, whatsoever, based on this evidence.
4 |
5 | ALL INFORMATION HEREIN SUBMITTED IS SWORN TRUE UNDER PENALTY OF PERJURY BY
6 | THE LAWS OF THE UNITED STATES ON THIS 24th DAY OF April, 2008 IN
7 | NORCO, CALIFORNIA.

X _____
Francois P. Givens, #T-86266
Plaintiff, In Pro Se.

Emergency Stay/Notice of Motion      - 2 of 3 -
ND Cal C07-3575 MHP

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GIVENS v. TILTON, et al.,
C07-3575 MHP (PR)

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify under penalty of perjury by the laws of the United Statesd that all information presented in this certificate of service is, to the best of my knowledge, TRUE and ACCURATE.

I am an adult citizen of the United States, currently incarcerated at the CRC in Norco, Ca. On this day, I did personally place either original or exact copies of the following document:

a) Request For Emergency Stay and Notice of Submitted Motion;

in envelopes with sufficient postage, addressed as follows:

1) Office of the Clerk
   US District Court(ND Cal)
   450 Golden Gate Ave.
   San Francisco, Ca., 94102

2) Office of the Attorney General
   Edmund G. Brown - Attorney General
   P.O. Box 944255
   Sacramento, Ca., 94244-2550

3) Matthew Cates - Secretary
   CDCR
   P.O. Box 942883
   Sacramento, Ca., 94283-0001

These envelopes were given to a correctional officer to log and process in accordance with outgoing legal mail procedures established at the institution, on this day.

SWORN TRUE ON THIS 24th DAY OF April, 2008 IN NORCO, CALIFORNIA

X _____
Francois P. Givens, #T-86266
CRC
P.O. Box 3535
Norco, Ca., 92860
Plaintiff, In Pro Se.

Request For Stay/Notice of Motion         - 3 of 3 -
ND Cal C07-3575 MHP

Francois
CRC 40
PO Box 3535
Norco, Ca, 92860

"Confidential Legal Mail"

SANTA ANA CA 927 APR 28 2008

MAIL GENERA
CA REHAB C
STATE PR

Office of the Clerk
US District Court (ND Cal)
450 Golden Gate Ave.
San Francisco, Ca., 94102