Francois P. Givens, #T-86266
California Rehabilitation Center
P.O. Box 3535
Norco, Ca., 92860
Plaintiff-petitioner, In Pro Se.

FILED
08 MAY 14 PM 2:05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS, | ) Case No: C07-3575 MHP (PR) |
| Petitioner, | ) PETITION FOR WRIT OF MANDAMUS |
| v. | ) (28 USCS1651) |
| JAMES TILTON, Secretary-CDCR, et al., | ) |
| Respondents; | ) |
| STATE OF CALIFORNIA, | ) |
| SAN FRANCISCO SUPERIOR COURT, | ) |
| Real Parties In Interest | ) |

To: THE HONORABLE CHIEF JUDGE MARILYN H. PATEL - NORTHERN DISTRICT OF CALIFORNIA.

!) Plaintiff-Petitioner, Francois P. Givens, is the Defendant-appellant in California criminal action entitled, "People of the State of California v. Francois P. Givens", San Francisco Superior Court (SFSC) Case#184987, First Appellate District Court (FADC) Cases A101176 / A103979 / A107422, and California Supreme Court Cases S-141229 and S-141446, and is the Plaintiff in this civil rights action;

2) Respondents to this petition, the California Department of Corrections and Rehabilitations (CDCR) are, inter alios, Defendants in this civil rights action;

//

Petition For Writ of Mandamus
ND Cal C07-3575 MHP                    - 1 of 6 -

3) The People of the State of California and San Francisco Superior Court are the real parties in interest for the purposes of this petition for mandamus;

4) Respondents have clear, present and indisputable duty to abide by and adhere to the exercise of sound discretion governed by legal principles and rules to do justice according to the law in conducting hearings, receiving evidence, and to issue rulings consistent with laws which govern the herein subject matter;

5) Respondents have failed and/or refused to exercise sound discretion as follows:

A. <u>Falsification of official state records</u>: On 12-20-02 in SFSC Case#184987, Petitioner was sentenced to three concurrent 8-year prison sentences, with a $600 dollar restitution fine also being imposed against Petitioner (2-13-08 First Amended Complaint, herein 'FAC', Appendix "A" at 1). On 1-26-06 in FADC Case#A101176, Petitioner's conviction on Count I was reversed, and the case was remanded to the trial court for resentencing. On 6-16-06, the trial judge dismissed Count I, stayed punishment on Count III, and imposed an 8-year prison sentence on Count II only, while ordering restitution reduced from $600 to $200 dollars (Id., at 3). On 7-11-06, Respondents fabricated SFSC Case#184987A in which they added this as an "additional" case to Petitioner's prison file, instead of properly recording the 6-16-06 hearing as a resentencing hearing in Case#184987 (FAC, Appendix "D" at 11; 1-7-08 Motion to Dismiss Complaint, Exhibit "B"). There are no official court records in the State of California for SFSC#184987A.

B. <u>Misappropriation of funds from prison trust account</u>: On 7-26-06, Respondents created a CDC-1497 Inmate Restitution Form in order impose a new restitution order against the Petitioner's prison trust account for Case#184987A (FAC, Appendix "D" at 12). After Respondents misappropriated funds based on this non-existent court case, the Petitioner filed FADC Case#A116196, in order to to address this and other issues. In their informal response to the petition, Respondents admitted to "[i]mposing a new, separate $200 fine in addition to the original $600 fine" (FAC, Appendix "G" at 37), then stated that they had refunded the restitution overpayment made by Petitioner after adjustment to his trust account records "[t]o reflect the proper fine amount of $200" (Id., at 38). On 9-10-07, Petitioner was transferred to the California Rehabilitation Center (CRC), where another restitution order for Case#184987A was again imposed against his trust account (FAC, Appendix "J" at 57). Funds were again misappropriated by Respondents in the amount of $200 dollars plus a $20 dollar administrative fee (Id., at 60). Respondents have since informed Petitioner that Case#184987A does exist, and that they will not refund the funds extracted from his account unless compelled by court order to do so.

6) Petitioner is beneficially interested in this proceeding, and Respondents as well as Real Parties in Interest will be affected by the outcome of these proceedings;

7) Petitioner has no plain, speedy and effective remedy in the ordinary course of law other than by way of this petition, insofar as Respondents insist that Case#184987A is valid, and there is no adequate procedure to require Respondent to use sound legal discretion governed by legal rules to do justice according to the mandate of law as guided by statutes and Constitutional provisions, or to otherwise entitle Petitioner to enjoy benefits sought within this petition;

Petition For Writ of Mandamus        - 2 of 6 -
ND Cal C07-3575 MHP

1     8) Petitioner has performed all conditions precedent to the filing of this petition for mandamus
2 by:
3     a) attempting to file administrative grievance on 8-20-06 to correct these issues;
    b) filing state habeas petitions to address and exhaust these issues in state tribunals;
4     c) requesting the trial court to provide Respondents with clarification of its 6-16-06 order; and
    d) filing additional administrative grievance (CDC602 Log#CRC-B-08-00131) to correct the
5        continuing ongoing violations of federal law.

6     9) At all times mentioned within this petition, Respondents have been able to adhere to and
7 follow the mandate of law which governs the within subject matter. Notwithstanding such ability
8 and despite Petitioner's efforts to convince Respondents otherwise, Respondents continue to fail
9 and/or refuse to obey any such mandate, and threaten to continue their behavior unless compelled
10 by a court of equity or law from doing so;

11     10) Petitioner is particularly grieved by Respondents misrepresentation of official court records
12 as well as their embezzlement of Petitioner's funds based on their misrepresentations. Petitioner
13 has protected liberty interest in the expungement of fraudulent information contained within his
14 prison file, while also possessing protected property interest in funds deposited into his prison
15 trust account. Respondents actions threaten to allow the imposition of heightened parole
16 restrictions being placed upon Petitioner when he is released from prison on his 8-4-08 parole
17 release date, while also threatening to deprive Petitioner of property which rightfully belongs
18 to him.

19

20 Prayer For Relief

21 WHEREFORE, Petitioner PRAYS for the following relief:

22     a) This Court issues alternative writ, ordering Respondents to show good cause as to why all
references to SFSC Case#184987A should not be removed from Petitioner's prison file, and to show
23 good cause as to why all property, i.e., funds extracted from Petitioner's trust account based
on restitution order for Case#184987A, should not be returned to Petitioner;
24
    b) In the alternative, this Court issues <u>rule nisi</u> to order Respondents to remove all references
25 to Case#184987A from Petitioner's prison file, and to properly perform their duty as "bailee" by
returning all property, i.e., funds extracted from Petitioner's prison trust account based on the
26 falsified restitution order; and

27

28 //
Petition For Writ of Mandamus    - 3 of 6 -
ND Cal C07-3575 MHP

1  c) Any other and such further relief that this Court may deem fair, just and or required by
2  law.

3  Date: May 6, 2008              X _____
                                  Francois P. Givens, #T-86266
4                                 Plaintiff-petitioner, In Pro Se.

28  //
Petition For Writ of Mandamus        - 4 of 6 -
ND Cal C07-3575 MHP

Declaration

Petitioner, Francois P. Givens, does hereby declare under penalty of perjury by the laws of the United States that all information presented in this declaration, petition for writ of mandamus, and memorandum of points and authorities in support thereof are, to the best of his knowledge, TRUE and ACCURATE depictions of what is purported as TRUE.

SWORN TRUE ON THIS 6th DAY OF May, 2008 IN NORCO, CALIFORNIA.

X _____
Francois P. Givens, #T-86266
Plaintiff-petitioner, In Pro Se.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GIVENS v. TILTON, et al.,
Case No: C07-3575 MHP (PR)

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify under penalty of perjury by the laws of the United States that all information presented in this certificate of service is, to the best of my knowledge, TRUE and ACCURATE.

I am an adult citizen of the United States, currently incarcerated at the California Rehabilitation Center in Norco, Ca. On this day, I did place either original or exact copies of the following document(s):
a) Petition for writ of Mandamus;
b) Memorandum of points and authorities in support of petition for writ of mandamus;
in envelopes with sufficient postage, addressed as follows:

1) Office of the Clerk
   US District Court(ND Cal)
   450 Golden Gate Ave.
   San Francisco, Ca., 94102

2) Office of the Attorney General
   Edmund G. Brown, Jr., Attorney General
   P.O. Box 944255
   Sacramento, Ca., 94244-2550

3) Office of the Attorney General
   D.Robert Duncan - D.A.G
   455 Golden Gate Ave., Suite#11000
   San Francisco, Ca., 94102

4) CDCR
   Mattew Cates - Secretary
   P.O. Box 942883
   Sacramento, Ca., 94283-0001

These envelopes were given to a correctional officer at CRC to log and process as outgoing legal mail in accordance with mail procedures established at the institution, on this day.

SWORN TRUE ON THIS 11th DAY OF May, 2008 IN NORCO, CALIFORNIA

X _____
Francois P. Givens, #T-86266
CRC
P.O. Box 3535
Norco, Ca., 92860
Plaintiff-petitioner, In Pro Se.

Petition For Writ of Mandamus          - 6 of 6 -
ND Cal C07-3575 MHP