UNITED STATES DISTRICT COURT
NORTHERN DISTRICT CALIFORNIA    FILED

FRANCOIS P. GIVENS v. STATE OF CALIFORNIA et al.    08 JUL -2 PM 12: 31
N.D. CAL Case # C-07-3575 MHP

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby declare under the penalty of perjury by the laws of the United States that all information presented in this Certificate of Service is to the best of my knowledge, is to the best of my knowledge is TRUE and ACCURATE

I am an adult citizen of the United States, currently residing in the County of Solano CA. On this day, I did place either original or exact copies of the following documents in envelopes with sufficient postage, addressed as follows:

a. **SWORN AFFIDAVIT IN SUPPORT OF CLAIM 3 ON HABEAS CORPUS**

1. Office of the Clerk
   United States District Court (N.D. cal)
   450 Golden Gate Ave. 16th Floor
   San Francisco CA. 94102
   [Original Sent]

2. Michele Swanson D.A.G.
   455 Golden Gate Ave. # 11000
   San Francisco CA. 94102

3. Office of the Attorney General
   Edmund G. Brown Jr. Attorney General
   P.O. Box 944255
   Sacramento CA. 94244-0550

4. C.D.C.R.
   Matthew Cates Secretary
   P.O. Box 942883
   Sacramento CA. 94283-0001

5. Adult Parole Authority CDCR
   P.O. Box 942883
   Sacramento CA. 94283-0001

6. D. Robert Duncan
   455 Golden Gate Ave
   San Francisco CA. 94102

7. Francois P. Givens T-86266
   Cal Rehab Center 408-1 UP
   Norco CA 92860

These envelopes were deposited in an official U.S. Mail depository in the city of VALLEJO CA. on this day

SWORN TRUE ON THIS 1st DAY OF July 2008 IN VALLEJO CA.

X *Edmond Willie Givens*
Edmond Willie Givens
166 Tahoe Drive
Vacaville CA. 95687