UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>        Plaintiff,<br><br>  v.<br><br>JAMES TILTON et al,<br><br>        Defendant. | Case Number: CV07-03575 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Francois P. Givens
California Rehabilitation Center
Prisoner Id T-86266
P.O. Box 3535
Norco, CA 92860

Dated: July 8, 2008

                                              Richard W. Wieking, Clerk
                                              By: Anthony Bowser, Deputy Clerk