1  Francois P. Givens # T-86266
   CRC
2  P.O Box 3535
   Norco, Ca., 92860
3  Plaintiff, In Pro Se.

FILED

08 JUL 30 PM 1:07

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FRANCOIS P. GIVENS,
   Plaintiff,
v.
JAMES TILTON, et al.,
   Defendants.

Case No: C07-3575 MHP (PR)

NOTICE OF CHANGE OF ADDRESS

To: CLERK OF THE COURT

PLEASE TAKE NOTICE that as of 8-4-08, the following is the correct address for Plaintiff Francois P. Givens:
4046 Whispering Quail Ct.
Las Vegas, Nv., 89122

The office of the Attorney General has been notified of the change in address.

Date: July 27, 2008

X _____
Francois P. Givens
Plaintiff, In Pro Se.