UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS, | No. C 07-3575 MHP (pr) |
| Plaintiff, | **ORDER DENYING REQUEST TO FILE MOTION FOR RECONSIDERATION** |
| v. | |
| JAMES TILTON; et al., | |
| Defendants. | |

The court dismissed this action on July 8, 2008 because plaintiff had not exhausted his administrative remedies as to any claim in his complaint. Plaintiff now requests permission to file a motion for reconsideration under Local Rule 7-9. The request is DENIED because plaintiff does not present newly discovered evidence, the court did not commit clear error or make a manifestly unjust decision as dismissal of the dismissed claims was proper, and there has not been a change in controlling law. See School Dist. No. 11 v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993); Civil L.R. 7-9. (Docket # 75.) The arguments in plaintiff's request do not convince the court that plaintiff satisfied the exhaustion requirement as to any claim in his complaint. Dismissal therefore was proper.

When the court dismissed this action, it inadvertently did not enter a judgment. A judgment will now be entered, and plaintiff may appeal therefrom if he wishes.

IT IS SO ORDERED.

Dated: August 1, 2008

_____
Marilyn Hall Patel
United States District Judge