UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS, | No. C 07-3575 MHP (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JAMES TILTON; et al., | |
| Defendants. | |

This action is dismissed without prejudice because plaintiff did not exhaust his administrative remedies before filing it.

IT IS SO ORDERED AND ADJUDGED.

Dated: August 1, 2008

_____
Marilyn Hall Patel
United States District Judge