UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

August 11, 2008

**CASE INFORMATION:**
Short Case Title:  <u>FRANCOIS P. GIVENS</u>-v- <u>JAMES TILTON</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>Northern District: Judge Marilyn Hall Patel</u>
Criminal and/or Civil Case No.: <u>CV 07-03575 MHP</u>
Date Complaint/Indictment/Petition Filed: <u>7/11/07</u>
Date Appealed order/judgment *entered* <u>7/8/08 & 8/7/08</u>
Date NOA *filed* <u>8/7/08</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):   ☐ granted in full (attach order)   ☐ denied in full (send record)
                          ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number: <u>None</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed:
Date FP granted: <u>8/10/07</u>          Date FP denied:
Is FP pending? ☐ yes  ☐ no               Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                       Appellee Counsel: see docket sheet
Francois P. Givens [Pro Se]
4046 Whispering Quail Court
Las Vegas, NV 89122
☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                             Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                          9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Alfred Amistoso</u> 415 522-2006