1  Francois P. Givens
   4046 Whispering Quail Court
2  Las Vegas, Nv., 89122
   Plaintiff, In Pro Se.
3
   FILED
   08 AUG -7 PM 2:05

   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

   no fee
   paid

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10
11 FRANCOIS P. GIVENS,            ) Case No: C07-3575 MHP (PR)
12    Plaintiff,                  ) NOTICE OF APPEAL
13 v.                             )
14 JAMES TILTON, et al.,          )
15    Defendants.                 )
16
17 To: THE HONORABLE JUDGE MARILYN H. PATEL - NORTHERN DISTRICT OF CALIFORNIA
18
19    PLEASE TAKE NOTICE that Plaintiff, Francois P. Givens, does hereby appeal to the Ninth Circuit
20 Court of Appeals for the 7-8-08 order for dismissal of this action for Plaintiff's failure to
21 exhaust administrative remedies pursuant to 42 USCS1997e(a). Judgment in this matter was entered
22 by this Court on August 1, 2008.
23 Date: August 5, 2008            X _____
                                      Francois P. Givens
24                                    Plaintiff, In Pro Se.
25
26
27
28 Notice of Appeal
   ND Cal C07-3575 MHP

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GIVENS v. TILTON, et al.,
C07-3575 MHP (PR)

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify under penalty of perjury by the laws of the United States that all information presented in this certificate of service is, to the best of my knowledge, TRUE and ACCURATE.

I am an adult citizen of the United States, currently residing in the County of CLARK, Nevada. On this day, I did personally place either original or exact copy of the following document:

A) Notice of Appeal

In envelopes with sufficient postage, addressed as follows:

1) Office of the Clerk
   US District Court (ND Cal)
   450 Golden Gate Ave.
   San Francisco, Ca., 94102

2) Office of the Attorney General
   D. Robert Duncan - D.A.G
   455 Golden Gate Ave., Suite#11000
   San Francisco, Ca., 94102

These envelopes were placed in an official US Mail Depository for delivery on this day.

SWORN TRUE ON THIS 5th DAY OF August, 2008 IN LAS VEGAS, NEVADA.

X _____
Francois P. Givens
Plaintiff, In Pro Se.