APPEAL, CLOSED, E-Filing, ProSe

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:07-cv-03575-MHP
# Internal Use Only

Givens v. Tilton et al  
Assigned to: Hon. Marilyn H. Patel  
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 07/11/2007  
Date Terminated: 07/08/2008  
Jury Demand: None  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question

**Plaintiff**

**Francois P. Givens**  represented by **Francois P. Givens**  
4046 Whispering Quail Ct  
Las Vegas, NV 89122  
PRO SE

V.

**Defendant**

**James Tilton**  represented by **Donn Robert Duncan , II**  
*Secretary, California Department of Corrections and Rahabilitaion*  
455 Golden Gate Ave  
Suite 11000  
San Francisco , CA 94102  
415-703-5739  
Email: robert.duncan@doj.ca.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nola Grannis**  
*Chief of Inmate Appeals, CDCR*  
*TERMINATED: 08/10/2007*

**Defendant**

**Warden**  
*SQSP*

**Defendant**

**Chandler-Dacanay**  
*Appeals Coordinator, SQSP*  
*TERMINATED: 08/10/2007*

**Defendant**

**W. Jeppeson**
*Appeals Coordinator, SQSP*
*TERMINATED: 08/10/2007*

**Defendant**

**S. Mendonca**
*Records Analyst, CSATF/SP*

**Defendant**

**Sergeant Nollette**  represented by  **Donn Robert Duncan , II**
*R&R, SQSP*  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/11/2007 | 1 | COMPLAINT against James Tilton, Nola Grannis, Warden, Chandler-Dacanay, W. Jeppeson, S. Mendonca, Nollette (Filing fee: ifpp). Filed by Francois P. Givens. (sv, COURT STAFF) (Filed on 7/11/2007) (Entered: 07/13/2007) |
| 07/11/2007 |  | CASE DESIGNATED for Electronic Filing. (sv, COURT STAFF) (Filed on 7/11/2007) (Entered: 07/13/2007) |
| 07/11/2007 | 2 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (sv, COURT STAFF) (Filed on 7/11/2007) (Entered: 07/13/2007) |
| 07/11/2007 | 3 | Appendix of Exhibits in Support re 1 Complaint filed by Francois P. Givens. (Related document(s) 1 ) (slh, COURT STAFF) (Filed on 7/11/2007) (Entered: 07/17/2007) |
| 07/23/2007 | 4 | Declaration in support of in forma pauperis application filed by Francois P. Givens. (slh, COURT STAFF) (Filed on 7/23/2007) (Entered: 07/26/2007) |
| 08/03/2007 | 5 | Prisoner Trust Fund Account Statement by Francois P. Givens. (slh, COURT STAFF) (Filed on 8/3/2007) (Entered: 08/07/2007) |
| 08/10/2007 | 6 | REQUEST to Lodge Document by Francois P. Givens. (slh, COURT STAFF) (Filed on 8/10/2007) (Entered: 08/16/2007) |
| 08/10/2007 | 7 | ORDER OF SERVICE by Judge Martin J. Jenkins for issuance by the Clerk and service by the U.S. Marshal of summons and complaint; the claims against defendants W. Jeppeson; Chandler-Dacanay and Nola Grannis are DISMISSED for failure to state a cognizable claim for relief; GRANTING Motion for Leave to Proceed Informa Pauperis. (slh, COURT STAFF) (Filed on 8/10/2007) Additional attachment(s) added on 8/30/2007 (epb, COURT STAFF). (Entered: 08/17/2007) |
| 08/17/2007 |  | Summons Issued as to James Tilton, S. Mendonca, Nollette. (slh, COURT |

| | | |
|---|---|---|
| | | STAFF) (Filed on 8/17/2007) (Entered: 08/17/2007) |
| 08/29/2007 | 8 | MOTION for Clarification of Order filed by Francois P. Givens. (slh, COURT STAFF) (Filed on 8/29/2007) (Entered: 08/30/2007) |
| 08/29/2007 | 9 | REQUEST for Clarification of Order by Francois P. Givens. (slh, COURT STAFF) (Filed on 8/29/2007) (Entered: 08/30/2007) |
| 09/12/2007 | 10 | Letter dated 9/11/07 from Edmond W. Givens re Change of Address and Request for release order or transfer to Federal Prison. (slh, COURT STAFF) (Filed on 9/12/2007) (Entered: 09/17/2007) |
| 09/12/2007 | 11 | Summons Returned Unexecuted by Francois P. Givens as to S. Mendonca. (slh, COURT STAFF) (Filed on 9/12/2007) (Entered: 09/17/2007) |
| 10/02/2007 | | Letter from Mr. Givens re change of address. (sv, COURT STAFF) (Filed on 10/2/2007) (Entered: 10/04/2007) |
| 10/03/2007 | 12 | NOTICE of Change of Address by Francois P. Givens. (slh, COURT STAFF) (Filed on 10/3/2007) (Entered: 10/04/2007) |
| 10/05/2007 | 13 | MOTION for Sanctions against CDCR filed by Francois P. Givens. (slh, COURT STAFF) (Filed on 10/5/2007) (Entered: 10/09/2007) |
| 10/16/2007 | 14 | Statment regarding habit of defendants filed by Francois P. Givens. (slh, COURT STAFF) (Filed on 10/16/2007) (Entered: 10/18/2007) |
| 11/06/2007 | 15 | MOTION for Extension of Time to File *Defendants' Request For Extension Of Time To File A Dispositive Motion* filed by James Tilton, Nollette. (Duncan, Donn) (Filed on 11/6/2007) (Entered: 11/06/2007) |
| 11/06/2007 | 16 | Declaration of R. Duncan in Support of 15 MOTION for Extension of Time to File *Defendants' Request For Extension Of Time To File A Dispositive Motion* filed byJames Tilton, Nollette. (Related document(s) 15 ) (Duncan, Donn) (Filed on 11/6/2007) (Entered: 11/06/2007) |
| 11/06/2007 | 17 | Proposed Order re 15 MOTION for Extension of Time to File *Defendants' Request For Extension Of Time To File A Dispositive Motion* by James Tilton, Nollette. (Duncan, Donn) (Filed on 11/6/2007) (Entered: 11/06/2007) |
| 11/06/2007 | 18 | RESPONSE to *Defendants O. Nollette And J. Tilton Waiver Of Reply And Demand For Jury Trial* by James Tilton, Nollette. (Duncan, Donn) (Filed on 11/6/2007) (Entered: 11/06/2007) |
| 11/14/2007 | 19 | ORDER, by Judge Martin J. Jenkins, signed 11/13/7, granting 15 Dfts' Motion for Extension of Time to File Dispositive Motion. Dfts shall have up to and including 1/7/8 to file summary judgment or other dispositive motion. (klh, COURT STAFF) (Filed on 11/14/2007) Additional attachment(s) added on 11/14/2007 (klh, COURT STAFF). (Entered: 11/14/2007) |
| 11/14/2007 | 20 | SUMMONS Returned Executed by Francois P. Givens. Nollette served on 11/6/2007, answer due 11/26/2007. (slh, COURT STAFF) (Filed on 11/14/2007) (Entered: 11/15/2007) |
| 11/14/2007 | 21 | SUMMONS Returned Executed by Francois P. Givens. James Tilton served |

|  |  |  |
|---|---|---|
|  |  | on 11/6/2007, answer due 11/26/2007. (slh, COURT STAFF) (Filed on 11/14/2007) (Entered: 11/15/2007) |
| 11/26/2007 | 22 | REQUEST for Service of Process for defendant S. Mendoca by Francois P. Givens. (slh, COURT STAFF) (Filed on 11/26/2007) (Entered: 11/30/2007) |
| 11/26/2007 | 23 | MOTION to Compel Answer to Complaint or Entry of Default Judgment against defendants filed by Francois P. Givens. (slh, COURT STAFF) (Filed on 11/26/2007) (Entered: 11/30/2007) |
| 11/26/2007 | 24 | Appendix of Exhibits in Support re 23 MOTION to Compel filed by Francois P. Givens. (Related document(s) 23 ) (slh, COURT STAFF) (Filed on 11/26/2007) (Entered: 11/30/2007) |
| 12/26/2007 | 25 | EXHIBITS re 23 MOTION to Compel filed byFrancois P. Givens. (Related document(s) 23 ) (sv, COURT STAFF) (Filed on 12/26/2007) (Entered: 12/27/2007) |
| 12/27/2007 | 26 | MOTION for Summary Judgment filed by Francois P. Givens. (sv, COURT STAFF) (Filed on 12/27/2007) (Entered: 01/02/2008) |
| 12/27/2007 | 27 | Appendix of Exhibits (Volume One) re 26 MOTION for Summary Judgment filed byFrancois P. Givens. (Related document(s) 26 ) (sv, COURT STAFF) (Filed on 12/27/2007) (Entered: 01/02/2008) |
| 12/27/2007 | 28 | Appendix of Exhibits (Volume Two) re 27 Appendix, 26 MOTION for Summary Judgment filed byFrancois P. Givens. (Related document(s) 27 , 26 ) (sv, COURT STAFF) (Filed on 12/27/2007) (Entered: 01/02/2008) |
| 01/04/2008 | 35 | AFFIDAVIT in Support re 26 MOTION for Summary Judgment by Francois P. Givens. (slh, COURT STAFF) (Filed on 1/4/2008) (Entered: 01/08/2008) |
| 01/04/2008 | 36 | Appendix of Exhibits in Support re 26 MOTION for Summary Judgment filed by Francois P. Givens. (Related document(s) 26 ) (slh, COURT STAFF) (Filed on 1/4/2008) (Entered: 01/08/2008) |
| 01/07/2008 | 29 | MOTION to Dismiss *Defendants' Notice of Motion and Motion to Dismiss Under Rule 12(b); Memorandum of Points and Authorities in Support* filed by James Tilton, Nollette. (Duncan, Donn) (Filed on 1/7/2008) (Entered: 01/07/2008) |
| 01/07/2008 | 30 | Declaration of N. Grannis in Support of 29 MOTION to Dismiss *Defendants' Notice of Motion and Motion to Dismiss Under Rule 12(b); Memorandum of Points and Authorities in Support* filed byJames Tilton, Nollette. (Attachments: # 1 Exhibit A)(Related document(s) 29 ) (Duncan, Donn) (Filed on 1/7/2008) (Entered: 01/07/2008) |
| 01/07/2008 | 31 | Declaration of R. Chandler-Dacanay in Support of 29 MOTION to Dismiss *Defendants' Notice of Motion and Motion to Dismiss Under Rule 12(b); Memorandum of Points and Authorities in Support* filed byJames Tilton, Nollette. (Attachments: # 1 Exhibit A)(Related document(s) 29 ) (Duncan, Donn) (Filed on 1/7/2008) (Entered: 01/07/2008) |
| 01/07/2008 | 32 | Declaration of D. Robert Duncan in Support of 29 MOTION to Dismiss |

| | | |
|---|---|---|
| | | *Defendants' Notice of Motion and Motion to Dismiss Under Rule 12(b); Memorandum of Points and Authorities in Support* filed byJames Tilton, Nollette. (Attachments: # 1 Exhibit A-E)(Related document(s) 29 ) (Duncan, Donn) (Filed on 1/7/2008) (Entered: 01/07/2008) |
| 01/07/2008 | 33 | Declaration of R. Gomez in Support of 29 MOTION to Dismiss *Defendants' Notice of Motion and Motion to Dismiss Under Rule 12(b); Memorandum of Points and Authorities in Support* filed byJames Tilton, Nollette. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Related document(s) 29 ) (Duncan, Donn) (Filed on 1/7/2008) (Entered: 01/07/2008) |
| 01/07/2008 | 34 | Proposed Order re 29 MOTION to Dismiss *Defendants' Notice of Motion and Motion to Dismiss Under Rule 12(b); Memorandum of Points and Authorities in Support* by James Tilton, Nollette. (Duncan, Donn) (Filed on 1/7/2008) (Entered: 01/07/2008) |
| 01/18/2008 | 37 | Memorandum in Opposition *Defendants Opposition to Plaintiffs 26 Request for Summary Judgment; Request to Stay Summary Judgment Proceedings Pending Ruling on Defendants Motion to Dismiss* filed by James Tilton, Nollette. (Duncan, Donn) (Filed on 1/18/2008) Modified on 2/4/2008 (slh, COURT STAFF). (Entered: 01/18/2008) |
| 01/18/2008 | 38 | Declaration of R. Duncan in Support of 37 Memorandum in Opposition, filed byJames Tilton, Nollette. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Related document(s) 37 ) (Duncan, Donn) (Filed on 1/18/2008) (Entered: 01/18/2008) |
| 01/18/2008 | 39 | Declaration of O. Nollette in Support of 37 Memorandum in Opposition, filed byJames Tilton, Nollette. (Related document(s) 37 ) (Duncan, Donn) (Filed on 1/18/2008) (Entered: 01/18/2008) |
| 01/18/2008 | 40 | Proposed Order re 37 Memorandum in Opposition, by James Tilton, Nollette. (Duncan, Donn) (Filed on 1/18/2008) (Entered: 01/18/2008) |
| 01/25/2008 | 41 | MOTION for Extension of Time to File Opposition to Defendant's Motion to Dismiss filed by Francois P. Givens. (slh, COURT STAFF) (Filed on 1/25/2008) (Entered: 01/29/2008) |
| 02/01/2008 | 42 | Reply to defendant's Opposition re plaintiff's 26 MOTION for Summary Judgment filed by Francois P. Givens. (slh, COURT STAFF) (Filed on 2/1/2008) (Entered: 02/12/2008) |
| 02/01/2008 | 43 | Appendix of Exhibits re 26 MOTION for Summary Judgment filed by Francois P. Givens. (Related document(s) 26 ) (slh, COURT STAFF) (Filed on 2/1/2008) (Entered: 02/12/2008) |
| 02/13/2008 | | (Court only) ***Motions terminated: 13 , 8 . (slh, COURT STAFF) (Filed on 2/13/2008) (Entered: 02/13/2008) |
| 02/15/2008 | 44 | MOTION to Stay *Notice of Motion and Motion to Stay Discovery Pending Ruling on Defendants Motion to Dismiss* filed by James Tilton, Nollette. (Duncan, Donn) (Filed on 2/15/2008) (Entered: 02/15/2008) |
| | | |

| | | |
|---|---|---|
| 02/15/2008 | 45 | Declaration of R. Duncan in Support of 44 MOTION to Stay *Notice of Motion and Motion to Stay Discovery Pending Ruling on Defendants Motion to Dismiss* filed byJames Tilton, Nollette. (Attachments: # 1 Exhibit A) (Related document(s) 44 ) (Duncan, Donn) (Filed on 2/15/2008) (Entered: 02/15/2008) |
| 02/15/2008 | 46 | Proposed Order re 44 MOTION to Stay *Notice of Motion and Motion to Stay Discovery Pending Ruling on Defendants Motion to Dismiss* by James Tilton, Nollette. (Duncan, Donn) (Filed on 2/15/2008) (Entered: 02/15/2008) |
| 02/15/2008 | 47 | ORDER by Judge Martin J. Jenkins granting 41 Motion for Extension of Time to File; denying 23 Motion to Compel. (mat, COURT STAFF) (Filed on 2/15/2008) (Entered: 02/19/2008) |
| 02/21/2008 | 48 | MOTION for Leave to Amend Complaint filed by Francois P. Givens. (slh, COURT STAFF) (Filed on 2/21/2008) (Entered: 02/26/2008) |
| 02/21/2008 | 49 | Appendix of Exhibits in support of First Amended Complaint filed by Francois P. Givens. (slh, COURT STAFF) (Filed on 2/21/2008) (Entered: 02/26/2008) |
| 02/21/2008 | 50 | Plaintiff's Opposition re 29 MOTION to Dismiss filed by Francois P. Givens. (slh, COURT STAFF) (Filed on 2/21/2008) (Entered: 02/26/2008) |
| 03/03/2008 | 52 | Opposition re 44 MOTION to Stay Discovery Pending Ruling on Defendants Motion to Dismiss filed by Francois P. Givens. (Related document(s) 44 ) (slh, COURT STAFF) (Filed on 3/3/2008) (Entered: 03/13/2008) |
| 03/03/2008 | 53 | Appendix in support of plantiff 52 Opposition filed by Francois P. Givens. (Related document(s) 52 ) (slh, COURT STAFF) (Filed on 3/3/2008) (Entered: 03/13/2008) |
| 03/03/2008 | 54 | MOTION for Mental Examination and Appointmnet of Expert Witness filed by Francois P. Givens. (slh, COURT STAFF) (Filed on 3/3/2008) (Entered: 03/13/2008) |
| 03/06/2008 | 51 | Reply to Opposition *Defendants' Reply to Plaintiff's Opposition to 29 Motion to Dismiss* filed by James Tilton, Nollette. (Duncan, Donn) (Filed on 3/6/2008) Modified on 3/7/2008 (slh, COURT STAFF). (Entered: 03/06/2008) |
| 03/14/2008 | 55 | Memorandum in Opposition re 48 MOTION to Amend/Correct *Defendants' Opposition to Plaintiffs Request for Leave to Amend Complaint* filed byJames Tilton, Nollette. (Duncan, Donn) (Filed on 3/14/2008) (Entered: 03/14/2008) |
| 03/27/2008 | 56 | Reply to Opposition re 44 MOTION to Stay *Notice of Motion and Motion to Stay Discovery Pending Ruling on Defendants Motion to Dismiss Reply to Plaintiff's Opposition to Defendants' Motion for Stay of Discovery; Opposition to Motion to Compel Discovery* filed byJames Tilton, Nollette. (Duncan, Donn) (Filed on 3/27/2008) (Entered: 03/27/2008) |
| 03/27/2008 | 57 | Declaration of R. Duncan in Support of 56 Reply to Opposition, filed byJames Tilton, Nollette. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 |

|  |  |  |
|---|---|---|
|  |  | Exhibit C, # 4 Exhibit D)(Related document(s) 56 ) (Duncan, Donn) (Filed on 3/27/2008) (Entered: 03/27/2008) |
| 03/27/2008 | 58 | MOTION for Extension of Time to File Response/Reply to defendant's Opposition to plaintiff's Request to Amend Complaint filed by Francois P. Givens. (slh, COURT STAFF) (Filed on 3/27/2008) (Entered: 04/01/2008) |
| 04/07/2008 | 59 | ORDER REASSIGNING CASE by the Executive Committee. Case reassigned to Judge Hon. Marilyn H. Patel for all further proceedings. Judge Hon. Martin J. Jenkins no longer assigned to case. (gba, COURT STAFF) (Filed on 4/7/2008) (Entered: 04/07/2008) |
| 04/08/2008 | 60 | Reply to Opposition re 48 MOTION to Amend Complaint filed by Francois P. Givens. (gba, COURT STAFF) (Filed on 4/8/2008) (Entered: 04/15/2008) |
| 04/30/2008 | 63 | MOTION for Temporary Restraining Order/Preliminary and Permanent Injunction filed by Francois P. Givens. (gba, COURT STAFF) (Filed on 4/30/2008) (Entered: 05/23/2008) |
| 04/30/2008 | 64 | Received Order re 63 MOTION for Temporary Restraining Order by Francois P. Givens. (gba, COURT STAFF) (Filed on 4/30/2008) (gba, COURT STAFF). (Entered: 05/23/2008) |
| 04/30/2008 | 65 | MOTION for Emergency Stay and Notice of Submitted Motion filed by Francois P. Givens. (gba, COURT STAFF) (Filed on 4/30/2008) (Entered: 05/23/2008) |
| 05/01/2008 | 61 | NOTICE by James Tilton, Nollette re 29 MOTION to Dismiss *Defendants' Notice of Motion and Motion to Dismiss Under Rule 12(b); Memorandum of Points and Authorities in Support Defendants' RE-NOTICE of Motion and Motion to Dismiss Under Rule 12(b); Memorandum of Points and Authorities in Support* (Duncan, Donn) (Filed on 5/1/2008) (Entered: 05/01/2008) |
| 05/01/2008 | 62 | NOTICE by James Tilton, Nollette re 44 MOTION to Stay *Notice of Motion and Motion to Stay Discovery Pending Ruling on Defendants Motion to Dismiss RE-NOTICE of Motion and Motion to Stay Discovery Pending Ruling on Defendants' Motion to Dismiss* (Duncan, Donn) (Filed on 5/1/2008) (Entered: 05/01/2008) |
| 05/14/2008 | 66 | RE-NOTICE of Request for Mental Examination and Appointment of Expert Witness by Francois P. Givens (gba, COURT STAFF) (Filed on 5/14/2008) (Entered: 05/23/2008) |
| 05/14/2008 | 67 | RE-NOTICE of Request to Amend Complaint/Request for Stay by Francois P. Givens (gba, COURT STAFF) (Filed on 5/14/2008) (Entered: 05/23/2008) |
| 05/14/2008 | 68 | PETITION FOR WRIT OF MANDAMUS by Francois P. Givens (gba, COURT STAFF) (Filed on 5/14/2008) (Entered: 05/23/2008) |
| 05/14/2008 | 69 | MEMORANDUM of Points and Authorities in Support of 68 Petition for Writ of Mandamus filed by Francois P. Givens. (Related document(s) 68 ) (gba, COURT STAFF) (Filed on 5/14/2008) (Entered: 05/23/2008) |
|  |  |  |

| | | |
|---|---|---|
| 05/22/2008 | 70 | RE-NOTICE for Summary Judgment by Francois P. Givens (gba, COURT STAFF) (Filed on 5/22/2008) (Entered: 05/28/2008) |
| 06/09/2008 | 71 | REQUEST to Lodge Document in support of petition for writ of mandate by Francois P. Givens. (gba, COURT STAFF) (Filed on 6/9/2008) (Entered: 06/20/2008) |
| 06/11/2008 | 72 | RE-NOTICE of Request for Sanctions against CDCR by Francois P. Givens (gba, COURT STAFF) (Filed on 6/11/2008) (Entered: 06/20/2008) |
| 07/02/2008 | 73 | CERTIFICATE OF SERVICE of Sworn Affidavit by Francois P. Givens (gba, COURT STAFF) (Filed on 7/2/2008) (Entered: 07/07/2008) |
| 07/08/2008 | 74 | ORDER DISMISSING CASE granting defendant's motion to dismiss for plaintiff's failure to exhaust remedies; Plaintiff's motion to amend is denied; Signed by Judge Marilyn Hall Patel on 7/8/2008. (Attachments: # 1 CertServ)(awb, COURT-STAFF) (Filed on 7/8/2008) (Entered: 07/08/2008) |
| 07/21/2008 | 75 | MOTION for Reconsideration re 74 Order Dismissing Case filed by Francois P. Givens. (gba, COURT STAFF) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/30/2008 | 76 | NOTICE of Change of Address by Francois P. Givens (slh, COURT STAFF) (Filed on 7/30/2008) (Entered: 07/31/2008) |
| 08/01/2008 | 77 | ORDER by Judge Marilyn Hall Patel denying 75 Motion for Reconsideration (Attachments: # 1 CertServ) (awb, COURT-STAFF) (Filed on 8/1/2008) (Entered: 08/01/2008) |
| 08/01/2008 | 78 | JUDGMENT; Signed by Judge Marilyn Hall Patel on 8/1/2008. (Attachments: # 1 CertServ)(awb, COURT-STAFF) (Filed on 8/1/2008) (Entered: 08/01/2008) |
| 08/07/2008 | 79 | NOTICE OF APPEAL as to 78 Judgment, 74 Order Dismissing Case, by Francois P. Givens. (aaa, Court Staff) (Filed on 8/7/2008) (Entered: 08/11/2008) |
| 08/11/2008 | 80 | Cover Letter & Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 79 Notice of Appeal (aaa, Court Staff) (Filed on 8/11/2008) (Additional attachment(s) added on 8/11/2008: # 1 Transmittal Form) (aaa, Court Staff). (Entered: 08/11/2008) |
| 08/11/2008 | 81 | Copy of 79 Notice of Appeal and Docket sheet mailed to all counsel without an e-mailing address. (aaa, Court Staff) (Filed on 8/11/2008) (Entered: 08/11/2008) |
| 08/11/2008 | 82 | Certificate of Record Mailed to USCA re appeal 79 Notice of Appeal : (aaa, Court Staff) (Filed on 8/11/2008) (Entered: 08/11/2008) |