NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS

PENALTY FOR PRIVATE USE, $300

RECEIVED
08 AUG 18 PM 2:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MHP

Francois P. Givens
4046 Whispering Quail Ct
Las Vegas, NV 89122



☐ Not Deliverable
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed
☐ Attempted – Not Known
☐ Refused
☐ No Such Street
☐ No Such Number
☐ Vacant
☐ Illegible
☐ No Mail Receptacle
☐ Box Closed – No Order
☐ Returned For Better Address
☐ Postage Due

Rt. #_____ Carr. Init._____
Date_____





